

**PROGRESSIVE**
COMMERCIAL AUTO INSURANCE

May 10, 2004

PO Box 9462¹
Cleveland OH 44¹0¹

Telephone  800 532 9632
Facsimile  440 603 4455

progressive.com

Fred Valz
Carlock, Copeland. Semler & Stair
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

RE    Our Insured            TAMMY WOOD/T I  WOOD ENT INC
      Our Claim Number       032016349
      Date of Loss           8/27/03
      Plaintiff              ROBERT J  KOLENCIK et al

### PLEASE REFER TO THE ABOVE CLAIM NUMBER

Dear Fred

Enclosed is a certified copy of our Insured's commercial auto policy including the dec page. policy agreement (2) and endorsements

If you have any questions or need additional information. feel free to contact me @ 1-800-532-9632. ext 36217

Sincerely,



Mimi Sewell
Sr  Claims Specialist

Enclosures

PLAINTIFF'S
EXHIBIT
_A._

PROGRESSIVE PREFERRED INSURANCE CO
PO BOX 94739
CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form **1050**
and edition date **1194** completes the below numbered policy **AMENDED EFFECTIVE DATE** 9/15/03



PROGRESSIVE®
COMMERCIAL VEHICLE INSURANCE

GRIFFIN INS AGENCY
PO BOX 1768
STOCKBRIDGE          GA 30281
770-507-3200

24-Hour Policy Service:   1-800-444-4487
24-Hour Claims Service:   1-800-274-4499
24-Hour Bill Questions·   1-800-999-8781
**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER: CA** 04196911- 3

**POLICY PERIOD·** 11/27/02 **TO** 11/27/03
**FOR NAMED INSURED**
T I WOOD ENTERPRISES IN
PO BOX 132
TEMPLE                  GA 30179
This policy incepts the later of
1 the time the application for insurance is executed on the first
  day of the policy period  or
2 12 01 a m  on the first day of the policy period
This policy shall expire at 12 01 a m  on the last day of the policy
period
The following coverages and limits apply to each described vehicle as
shown below  Coverages are defined in the policy and are subject to the
terms and conditions contained in the  policy  including amendments and
endorsements  No changes will be effective prior to the time changes
are requested
**REASON FOR ISSUANCE: ENDORSEMENT**
**LOSS PAYEE05 CHANGED**

⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇

T I WOOD ENTERPRISES IN

PO BOX 132
TEMPLE              GA   30179

AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1995 | KENWORTH | DUMP TRUCK | 2NKWLA9X8SM853010 | $45,000 | | 1000 | 1000 | 100 |
| 02 | 1995 | KENWORTH | DUMP TRUCK | 2NKWLA9X8SM853007 | $45,000 | | 1000 | 1000 | 100 |
| 03 | 1996 | KENWORTH | DUMP TRUCK | 1NKDL99X0TJ718985 | $50,000 | | 1000 | 1000 | 100 |
| 04 | 1997 | PETERBILT | DUMP TRUCK | 1NP5LU9X0VN434314 | $60,000 | | 1000 | 1000 | 100 |

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $1,000,000 COMBINED SINGLE LIMIT | $20,853 | $2,979 | $2,979 | $2,979 | $2,979 |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $100,000 EACH PERSON - $100,000 EACH ACCIDENT | $448 | $64 | $64 | $64 | $64 |
| UM PROPERTY DAMAGE $50,000 LESS $250 DEDUCTIBLE | $343 | $49 | $49 | $49 | $49 |
| FIRE AND THEFT WITH COMBINED ADDITIONAL COVERAGE -LIMIT OF LIABILITY LESS DEDUCTIBLE | $1,822 | $237 | $237 | $260 | $304 |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $9,570 | $1,418 | $1,418 | $1,549 | $1,796 |
| | | $4,747 | $4,747 | $4,901 | $5,192 |

CERTIFIED COPY
THIS WILL CERTIFY THAT THE
ATTACHED IS A TRUE AND COMPLETE COPY
OF THE ORIGINAL
*[signature]*
CUSTODIAN OF RECORDS

PREMIUM BY VEHICLE
**PREMIUM DUE TO CHANGE**
FILING/OTHER FEES  $100

| | |
|---|---|
| $32,938 | TOTAL POLICY PREMIUM INCLUDES FEES |

ATTACHMENTS IDENTIFIED BY FORM NO  (EDITION DATE)
1802  (0883)   6931  (0499)   2012  (0398)   8282  (0484)   8470  (1288)   4792A (0103)
1197  (0893)   1198  (0497)   9809  (0496)   8627  (0388)   1303  (0487)

Form No  1113 (05/95)  SIGNED  *[signature]*          Page 1 of 04          CVSE0305011205L111401

| DRV NO | LISTED DRIVERS | DOB | LICENSE NO | MARITAL STATUS | SR22 REQ | PTS |
|--------|----------------|-----|------------|----------------|----------|-----|
| 01 | GEORGE WOOD | 07/31/64 | 257333070 | M | N | 00 |
| 02 | FLOYD MUSGRAVE | 06/23/58 | 003685928 | M | N | 05 |
| 03 | JOHNNY SPRAY | 02/05/55 | 252985882 | M | N | 01 |
| 04 | JOHN MOORE | 08/08/51 | 050517756 | M | N | 01 |
| 05 | TAMMY WOOD | 04/28/66 | EXCLUDED | M | N | 00 |

**LIENHOLDER**

VEH 1                                VEH 2



VEH 3                                VEH 4



**ADDITIONAL INSURED**

ADDL INS 1                           ADDL INS 2

FIRST FINANCE                        NW GA PAVING INC
202 HERITAGE PA                      PO BOX 578
MURFREESBORO   TN 37129              CALHOUN          GA 30703


ADDL INS 3                           ADDL INS 4

CW MATTHEWS CONTRAC
PO DRAWER 870
MARIETTA       GA 30061


**OUTSIDE PREMIUM FINANCE**



## FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr Citz | STD | | |
|-----|----|---------|----------|---------|---------|-----|-----|-----|-----|-----------|----------|---------|-----|--|--|
| 01 | 07 | H72 | N | 47 | 30179 | | X | | | | | | | | |
| 02 | 01 | H72 | N | 47 | 30179 | | X | | | | | | | | |
| 03 | 04 | H72 | N | 47 | 30179 | | X | | | | | | | | |
| 04 | 08 | H72 | N | 47 | 30179 | | X | | | | | | | | |

| COST OF HIRE | | | COMPANY | 06 | RATE MANUAL | |
|---|---|---|---|---|---|---|
| BUS TYPE | | | PROGRAM | | UNIT | C2 |
| NUMB OF EMP | N/A | | PAY PLAN | CT | BATCH | ACO |
| PPA | ( | ) | R/R | 0601 | USER ID | SLUSTER |
| | | | F/R | 081897 | DATE | 03275 |
| | | | FACTOR % | 100 00 | | |
| | | | AGENT CODE | CA 11808 | | |

PROGRESSIVE PREFERRED INSURANCE CO
PO BOX 94739                          CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form 1050
and edition date **1194** completes the below numbered policy AMENDED EFFECTIVE DATE  9/15/03


**PROGRESSIVE**®
COMMERCIAL VEHICLE INSURANCE

GRIFFIN INS AGENCY
PO BOX 1788
STOCKBRIDGE          GA 30281
770-507-3200

24-Hour Policy Service:  1-800-444-4487
24-Hour Claims Service   1-800-274-4499
24-Hour Bill Questions:  1-800-999-8781
**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER.** CA 04196911- 3

Ildillmudlhodllodllumdlldlodlolllodlddl

T I WOOD ENTERPRISES IN

PO BOX 132
TEMPLE              GA  30179

**POLICY PERIOD.** 11/27/02 TO  11/27/03
**FOR NAMED INSURED**
T I WOOD ENTERPRISES IN
PO BOX 132
TEMPLE              GA 30179
This policy incepts the later of
1  the time the application for insurance is executed on the first
   day of the policy period  or
2  12 01 a m  on the first day of the policy period
This policy shall expire at 12 01 a m  on the last day of the policy
period
The following coverages and limits apply to each described vehicle as
shown below  Coverages are defined in the policy and are subject to the
terms and conditions contained in the  policy  including amendments and
endorsements.  No changes will be effective prior to the time changes
are requested
**REASON FOR ISSUANCE**· ENDORSEMENT
LOSS PAYEE05 CHANGED

**AUTO DAMAGE LIMIT OF LIABILITY**

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|-----|------|---------------|------------|---------------------|----------|----------|----------|----------|--------|
| 05 | 1998 | WESTERN | DUMP TRUCK | 2WLPDCCJ4WK953178 | $80,000 | | 1000 | 1000 | 100 |
| 06 | 1988 | INTERNATIONAL | DUMP TRUCK | 2HTFBGDT0J0143791 | $9,000 | | 1000 | 1000 | 100 |
| 07 | 1997 | FORD | DUMP TRUCK | 1FDZY90B7VVA25439 | $30,000 | | 1000 | 1000 | 100 |

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED | TOTAL | VEH 5 | VEH 6 | VEH 7 | VEH 8 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY | | $2,979 | $2,979 | $2,979 | |
|     $1,000,000 COMBINED SINGLE LIMIT | | | | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY | | $64 | $64 | $64 | |
|     $100,000 EACH PERSON - $100,000 EACH ACCIDENT | | | | | |
| UM PROPERTY DAMAGE | | $49 | $49 | $49 | |
|     $50,000 LESS $250 DEDUCTIBLE | | | | | |
| FIRE AND THEFT WITH COMBINED ADDITIONAL COVERAGE | | $372 | $49 | $163 | |
|     -LIMIT OF LIABILITY LESS DEDUCTIBLE | | | | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | | $2,103 | $297 | $989 | |
| PREMIUM BY VEHICLE | | $5,567 | $3,438 | $4,244 | |
| FILING/OTHER FEES | | | | | |
| | | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

ATTACHMENTS IDENTIFIED BY FORM NO  (EDITION DATE)
1602  (0883)     6931  (0489)     2012  (0396)     8282  (0484)     8470  (1286)     4792A (0103)
1197  (0883)     1198  (0497)     9809  (0496)     8627  (0388)     1303  (0487)

| DRV NO | LISTED DRIVERS | DOB | LICENSE NO | MARITAL STATUS | SR22 REQ | PTS |
|---|---|---|---|---|---|---|
| 06 | BOBBY WYCUFF | 08/11/53 | 6891807 | M | N | 00 |
| 07 | BERLIS GLISSON | 08/15/60 | 049271883 | M | N | 01 |
| 08 | TODD WARREN | 08/08/75 | 252452089 | M | N | 02 |
| 09 | DANNY MORRIS | 02/13/51 | 258841898 | M | N | 00 |
| 10 | | | | | | |

## LIENHOLDER

**VEH 5**

FIRST FINANCE
202 HERITAGE PK DR
MURFREESBORO          TN 37129

**VEH 8**

FIRST NATL BANK GA
PO BOX 528
BUCHANAN          GA 30113

**VEH 7**

CITIZENS BANK & TRUS
115 COLLEGE ST
CARROLLTON          GA 30117

**VEH 8**

## ADDITIONAL INSURED

ADDL INS 5

ADDL INS 6

ADDL INS 7

ADDL INS 8

## OUTSIDE PREMIUM FINANCE

---

### FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti Theft | Air Bags | Sr Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 02 | H72 | N | 47 | 30179 | | X | | | | | | | | |
| 06 | 08 | H72 | N | 47 | 30179 | | X | | | | | | | | |
| 07 | 03 | H72 | N | 47 | 30179 | | X | | | | | | | | |
| | | | | | | | | | | | | | | | |

COST OF HIRE
BUS TYPE
NUMB OF EMP     N/A
PPA               (     )

COMPANY        06
PROGRAM
PAY PLAN       CT
R/R            0801
F/R            081997
FACTOR %       100 00
AGENT CODE     CA 11808

RATE MANUAL
UNIT           C2
BATCH          ACO
USER ID        SLUSTER
DATE           03275



COMMERCIAL VEHICLE INSURANCE

Issued by    **COMMERCIAL VEHICLE DIVISION**
**PO BOX 94739**
**CLEVELAND OH 44101-4739**

## LOSS PAYABLE CLAUSE

**We** agree with **you** to change **your** policy as follows

1    **We** will pay the loss payee named in the Policy for **loss** to **your insured auto,** as the interest of the loss payee may appear

2    The insurance covers the interest of the loss payee unless the **loss** results from fraudulent acts or omissions on **your** part

3    Cancellation ends this agreement as to the loss payee's interest   If **we** cancel the Policy **we** will mail **you** and the loss payee the same advance notice

4    If **we** make any payment to the loss payee, **we** will obtain his rights against any other party

Vehicle 1                                          Vehicle 2

              Secured Party                              Secured Party
Address                                      Address

Vehicle 3                                          Vehicle 4

              Secured Party                              Secured Party
Address                                      Address

All other parts of this Policy remain unchanged

This endorsement changes Policy No **CA 04196911-3**

Issued to **T I WOOD ENTERPRISES IN**      **PO BOX 132**           **TEMPLE**       **GA 30179**
            Name of Insured             Address                City/State

Endorsement
Effective    **11/27/02**

ACO C2

Form No  L1602 (8-83)                                                  CVSE0620961617L160201



# AMENDATORY ENDORSEMENT
## PUNITIVE DAMAGES

**UNINSURED MOTORISTS COVERAGE**

The phrase **"OTHER THAN PUNITIVE DAMAGES"** in this section does not apply to your policy

All other terms and conditions remain unchanged



## GEORGIA UNINSURED MOTORISTS INSURANCE

It is agreed that the Policy is amended to include the following

### ADDITIONAL DUTY OF A CLAIMANT UNDER THE POLICY

The following is added under the Policy provisions "Your Duties in Case of Accident or Loss"

A person claiming Uninsured Motorists Coverage must notify the police as soon as practicable after the accident if a hit-and-run driver is involved

### Uninsured Motorist Coverage

We will pay damages which an insured is legally entitled to recover from the owner operator of an uninsured auto because of

1. **bodily injury,** and

2. **property damage,**

caused by **accident** and resulting from the ownership, maintenance or use of the uninsured auto  **Bodily injury** and **property damage** coverage is subject to a deductible as shown in the Declarations

If this coverage provides limits in excess of the amounts required by Georgia Financial Responsibility Laws, we will pay only after all bonds or liability Policies have been used up by judgements or payments  If a settlement is made between an **insured** and the insurer of the uninsured auto for any amount which does not use up the applicable bonds or liability Policies, we will not pay unless we have agreed to do so in writing

### Additional Definitions used in this Endorsement

1. **Insured** means

   (a) **You** or a **relative,**
   (b) any other person **occupying** an **insured auto,**
   (c) any person for damages that person is entitled to recover because of **bodily injury** or **property damage** to **you,** a **relative** or another occupant of **your insured auto**
   But no person shall be considered an **insured** if that person uses **your insured auto** without **your** expressed permission

2. **Auto** means a land motor vehicle or trailer but does not mean a vehicle

   (a) operated on rails or crawler treads,
   (b) which is a farm type tractor or equipment designed for use principally off public roads, while not on public roads,
   (c) located for use as a residence or premesis

3. **Occupying** means in, on, getting into, off or out of

4. **Property Damage** means injury to or destruction of the **insured auto** including loss of use and injury to or destruction of personal property owned by the **insured** which is contained in the **insured auto,** but not including the loss of use of damaged or destroyed property

5. **Relative** means, if you are an individual, a person living in **your** household related to you by blood, marriage, or adoption, including a ward or foster child

6. **Uninsured auto** means an **auto** for which there is

   (a) no liability Policy or bond applicable at the time of the **accident**
   (b) a liability Policy or bond applicable at the time of the **accident,** but its available coverage is less than the limit of liability of this coverage
   (c) a liability Policy or bond at the time of the **accident** by the insurer denies coverage or is or becomes insolvent

   or which is an underinsured auto  An underinsured auto is a motor vehicle or trailer for which the amount paid under all liability Policies or bonds is less than the sum of the limit of insurance for **Uninsured**

**Motorists** coverage applicable to the **insured** under this Policy and the limit of insurance applicable to the **insured** under any other Policy,

or which is a hit-and-run vehicle whose operator or owner is unknown and which caused an **accident** resulting in **bodily injury** or **property damage** arising out of physical contact to an **insured**, an **auto** which an **insured** is occupying or the **insured auto** An **insured** or someone on **your** behalf must have reported the **accident** as soon as practicable to a police officer

An **uninsured auto** does not mean and auto designed for use mainly off public roads while not on public roads

### Exclusions

We do not cover **bodily injury** or **property damage** sustained by a person or property

(1) for any claim settled without **our** consent An **insured** may however, without our consent, release an insurer of an uninsured motor vehicle from further obligation to pay damages after accepting from that **insurer** a payment or settlement which uses up the applicable Policies or bonds

(2) while **occupying** a motor vehicle with less than four (4) wheels.

(3) while **occupying** an **auto** driven without the owner's permission

Also, this coverage does not apply

(1) to an **auto** or property contained in an **auto** other than an **insured auto**

(2) to a person for loss of use of damaged or destroyed property

This coverage does not apply directly or indirectly to the benefit of any insurer or self insurer, under any Worker's Compensation, disability benefits or similar law

### Limits of Liability

(1) Regardless of the number of **autos** described in the Declarations, **insureds**, claims, claimants or Policies involved in the **accident, we** will pay no more than the limit of Uninsured Motorist Coverage shown in the Declarations

(2) **We** will not pay for any part of loss for which a payment is made or an amount is payable because of the **bodily injury** under and Worker's Compensation law or disability benefits law or similar law

(3) The limit of liability under this coverage will be reduced by all amounts paid or payable by or for anyone who is legally responsible, including any amount paid under this policy's PART I - LIABILITY TO OTHERS coverage

(4) We will not pay for any **property damage** that is paid or payable under PART III - DAMAGE TO YOUR AUTO

### Other Insurance

If there is other similar insurance on a loss covered by this Endorsement, the following priorities of recovery apply

First, the Policy providing **Uninsured Motorists** and **Underinsured Motorists Coverage** to the **insured** as a **named insured** or relative

Second, the **Uninsured** and **Underinsured Motorists Coverage** applicable to the vehicle the **insured** was occupying at the time of the **accident**

We will pay our proportionate share as our limits of liability bear to the total limits of liability of all applicable similar insurance

### Proof of Claim

Each person making claim under this Endorsement must give us full details of their injuries and treatment Proof of claim shall be submitted on **our** forms unless **we** fail to provide them within 15 days after notice of the claim

CVSE0618962605L2012GA


COMMERCIAL VEHICLE INSURANCE

Issued By: PROGRESSIVE PREFERRED INSURANCE CO

## AUTO DAMAGE LIMIT OF LIABILITY POLICY CHANGE

We agree with **you** to change **Part III, Damage to Your Auto,** as follows

**Limit of Liability**

If the Limit of Liability shown below is less than **90%** of the actual cash value at the time of **loss** to **your insured auto, you** will share with **us** in the cost of repair or replacement as follows

1   **We** will pay the same proportion of the **loss** which the Limit of Liability shown below bears to the actual cash value of **your insured auto** at the time of **loss.**

2   **We** will reduce the amount of **loss** by the Auto Damage deductible shown in the Policy Declarations prior to calculating the proportionate amount **we** will pay

If **we** pay the actual cash value of the **auto** less deductible, **we** are entitled to all salvage

| No. | Year | Trade Name | Serial No | Liability | Limits of Liability(Including Custom Parts & Equip.) Less Deductible Shown Below Comp/FTCAC Ded | Coll Ded. |
|-----|------|-----------|-----------|-----------|-------------------|-----------|
| 01 | 1995 | KENWORT | 2NKWLA9X8SM653010 | 45000 | 1000 | 1000 |
| 02 | 1995 | KENWORT | 2NKWLA9X8SM653007 | 45000 | 1000 | 1000 |
| 03 | 1996 | KENWORT | 1NKDL99X0TJ718985 | 50000 | 1000 | 1000 |
| 04 | 1997 | PETERBI | 1NP5LU9X0VN434314 | 60000 | 1000 | 1000 |
| 05 | 1998 | WESTERN | 2WLPDCCJ4WK953176 | 80000 | 1000 | 1000 |
| 06 | 1988 | INTERNA | 2HTFBGDT0J0143781 | 9000 | 1000 | 1000 |
| 07 | 1997 | FORD | 1FDZY90B7VVA26439 | 30000 | 1000 | 1000 |

**All other parts of this Policy remain unchanged**

**Issued to** T I WOOD ENTERPRISES IN     **PO BOX 132**          TEMPLE          GA 30179

**This endorsement changes Policy No** CA 04196911-3     **Endorsement Effective.** 11/27/02

ACO C2


COMMERCIAL VEHICLE INSURANCE

## NOTICE OF TERRORISM
## INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The portion of your annual premium that is attributable to coverage for acts of terrorism is $0.00

You should file this form with your other policy information.



## ADDITIONAL INSURED

The person or organization named below is a person insured with respect to such liability coverage as is afforded by the policy but this insurance applies to said insured only as a person liable for the conduct of another insured and then only to the extent of that liability  We also agree with you that insurance provided by this agreement will be excess insurance over any other valid and collectible insurance

### NAME OF PERSON OR ORGANIZATION

FIRST FINANCE               202 HERITAGE PA               MURFREESBORO  TN 37129

| LIMIT OF LIABILITY | |
| --- | --- |
| **Bodily Injury** | each person/ |
| | each **accident** |
| **Property Damage** | each **accident** |
| Combined Liability | $1,000,000 each **accident** |

**All other parts of this policy remain unchanged**

This endorsement changes Policy No   **04196911-3**

Issued to (Name of Insured)   **T I WOOD ENTERPRISES IN**

Endorsement Effective   **11/27/02**                   Expiration   **11/27/03**

Form No  1198 (4-97)                                   CVSE0417971637L119801



# ADDITIONAL INSURED

The person or organization named below is a person insured with respect to such liability coverage as is afforded by the policy but this insurance applies to said insured only as a person liable for the conduct of another insured and then only to the extent of that liability  We also agree with you that insurance provided by this agreement will be excess insurance over any other valid and collectible insurance

## NAME OF PERSON OR ORGANIZATION

NW GA PAVING INC          PO BOX 578                    CALHOUN      GA 30703

| LIMIT OF LIABILITY | |
|---|---|
| **Bodily Injury** | each person/ |
| | each **accident** |
| **Property Damage** | each **accident** |
| Combined Liability | $1,000,000 each **accident** |

**All other parts of this policy remain unchanged**

This endorsement changes Policy No   04196911-3

Issued to (Name of Insured)  T I WOOD ENTERPRISES IN

Endorsement Effective  11/27/02                        Expiration  11/27/03

Form No  1198 (4-97)                                              CVSE0417971637L119802



**PROGRESSIVE**
COMMERCIAL VEHICLE INSURANCE

## ADDITIONAL INSURED

The person or organization named below is a person insured with respect to such liability coverage as is afforded by the policy but this insurance applies to said insured only as a person liable for the conduct of another insured and then only to the extent of that liability  We also agree with you that insurance provided by this agreement will be excess insurance over any other valid and collectible insurance

### NAME OF PERSON OR ORGANIZATION

CW MATTHEWS CONTRAC      PO DRAWER 970      MARIETTA      GA 30061

| LIMIT OF LIABILITY | |
|---|---|
| **Bodily Injury** | each person/ |
| | each accident |
| **Property Damage** | each accident |
| Combined Liability | $1,000,000 each accident |

**All other parts of this policy remain unchanged**

This endorsement changes Policy No   04196911-3

Issued to (Name of Insured)  T I WOOD ENTERPRISES IN

Endorsement Effective  11/27/02                    Expiration  11/27/03

Form No  1198 (4-97)                    CVSE0417971637L119803



## GEORGIA CHANGES

This endorsement changes the policy  Please read it carefully

**Part I-Liability to Others-**

Exclusion (1) is amended as follows
This exclusion does not apply for coverage up to the minumum limit specified by the Georgia Motor Vehicle Safety Responsibility Act

**Part I-Liability to Others-**

(1)  Liability coverage is primary for an auto **you** do not own, if operated by an **insured** and owned by a retail seller of **autos**

(2)  If **you** are a retail seller of **autos**, the insurance is excess for an **auto you** own if operated by an insured other than **you** or **your** employee

**Part III-Damage to Your Auto is Amended to Add:**

(1)  If collision coverage is provided, the collision coverage is primary for an **auto you** don't own if operated by the **Insured** and owned by a retail seller of **autos.**

(2)  If **you**  are a retail seller of **autos** , the collision insurance is excess for an **auto** you own if operated by an **Insured** other than **you**  or **your** employee

**Cancellation of this Policy**

(1)  **You** may cancel this Policy by mailing or delivering to **us** advance written notice of cancellation stating a future date on which the Policy is to be cancelled, subject to the following

(a)  If only **your** interest is involved, the effective date of cancellation will be either the date **we** received the notice from **you**, or the date specified in the notice, whichever is later

If **we** receive the notice from **you we** may waive the requirement that the notice state the future date of cancellation by confirming the date and time of cancellation in writing to **you**

(b)  If by statute, regulation or contract, this policy may not be cancelled unless notice is given to a govermental agency, mortgage or third party, we will mail or deliver at least 10 days notice to **you** and the third party as soon as practiable after receiving **your** request for cancellation

**Our** notice **will** state the effective date of cancellation which will be later of the following

(1)  10 days from the date of mailing or delivering **our** notice, or

(2)  the effective date of cancellation stated in **your** notice to **us**

(2) We may cancel this policy by mailing or delivering to you written notice of cancellation at least

    (a) 10 days before the effective date of cancellation if we cancel for non-payment of premium or

    (b) 45 days before the effective date of cancellation if we cancel for any other reason

    (c) We will mail or deliver our notice to your last mailing known to us

Our notice of cancellation will state the effective date of cancellation  The Policy period will end on that date

If notice is mailed, a receipt provided by, or other evidence of mailing as required or accepted by the US Postal Service shall be sufficient proof of notice

## Nonrenewal of this Policy

We may elect not to renew or continue this policy by mailing or delivering to **you** written notice before the end of the policy period  If **we** fail to provide notice within 45 days of the policy period, the policy will continue in effect until 30 days from the date of notice

You will be responsible for any premiums due while the policy is in effect  If **we** offer or continue and **you** do not accept, this policy will terminate at end of the current policy period  Failure to pay the required renewal or continuation premium when due shall mean that **you** have not accepted  **our** offer

If **we** fail to mail or deliver proper notice of nonrenewal and **you** obtain other insurance this policy will end on the effective date of that insurance

If notice is mailed, a receipt provided by, or other evidence of mailing as required or accepted by, the US Postal Service shall be sufficient proof of notice



**AMENDATORY ENDORSEMENT**
*(Punitive Damages)*

**PART I - LIABILITY TO OTHERS**

The phrase **"Other than punitive damages"** in this section does not apply to your policy

**All other terms and conditions remain unchanged**



We agree with you to exclude the driver(s) listed below  Please sign this exclusion form and return the signed copy
in the enclosed, self-addressed envelope

## AGREEMENT EXCLUDING SPECIFIED OPERATORS

We will not provide coverage under any parts of the Policy for an **accident** or **loss** which occurs while **your insured
auto** is being driven, either with or without **your** permission, by

### EXCLUDED DRIVERS

| | |
|---|---|
| 1 | 11 |
| 2 | 12 |
| 3 | 13 |
| 4 | 14 |
| 5 TAMMY WOOD | 15 |
| 6 | 16 |
| 7 | 17 |
| 8 | 18 |
| 9 | 19 |
| 10 | 20 |

The named insured accepts this endorsement and confirms the acceptance as witnessed by his signature

_____          _____
              Signed and accepted (Named Insured)                                          Date

**All other terms, limits and provisions of this policy remain unchanged**

Attached to and forming a part of Policy No  CA 0419 6911-3  Endorsement Effective     **11/27/02**

Issued to    **T I WOOD ENTERPRISES IN**          **TEMPLE**          **GA**     **30179**
              Name of Insured                            City/State                    Zip

PLEASE SIGN AND RETURN BY  _____

Failure to sign and return this endorsement by the specified date may result in an increase of premium or
cancellation of your insurance coverage   If you have any questions regarding this endorsement, we urge you to
contact your insurance agent

                                                                          CA                    ACO
C2
Form No  1303 (4-87)                                                      CVSE0311981637L13031

## NOTICE OF INSURANCE INFORMATION PRACTICES

In the course of underwriting your insurance policy, information may be gathered from several outside sources Driving record information is obtained by ordering a Motor Vehicle Report from the Department of Motor Vehicles In some instances, additional information is ordered from Credit Bureaus and Investigation Organization, or we may call or write your household and ask for additional information necessary to accurately rate your policy We commonly follow up to see that all eligible drivers in the household are listed on the application

This information is not disclosed to outside parties without your written authorization except in specific limited circumstances outlined by the law Examples of these circumstances include to a law enforcement authority or to an insurance regulatory authority, in response to a valid subpoena, search warrant or judicial order, or to a medical professional for the purpose of verifying coverage restrictions

You have the right to review and correct personal information in your file  Upon request by you, a copy of the information in our files relating to your policy, will be issued to you  The first copy will be at no charge  A charge for additional copies will be equal to the cost of reproduction

If, after reading this, you have any questions about our procedures or information contained in our files about you, please contact us at

Progressive Insurance Companies

Cleveland, Ohio 44101



## AMENDATORY CANCELLATION ENDORSEMENT

If this policy is cancelled, we will send you (the first named insured) any premium refund due  If we cancel, the refund will be pro-rata  This means that unearned premium to be returned will be in the same proportion to total policy premium as the remaining policy term (after date of cancellation) bears to the total policy term  Unearned premium will be calculated on a daily basis

If you cancel, during the policy period, we will return ninety percent (90%) of the pro-rata unearned premium for the remainder of the policy term after the effective date of cancellation  Unearned premium will be calculated on a daily basis  If the return premium is not refunded upon notice of cancellation, the premium will be refunded within a reasonable time after the date the cancellation takes effect  However, making or offering to make the refund is not a condition of cancellation

*1050 1194*



COMMERCIAL VEHICLE INSURANCE

# COMMERCIAL
# AUTO POLICY

Form No  1050 (11-94)

© 1995 The Progressive Corporation  All Rights Reserved

**INDEX OF POLICY PROVISIONS**

PAGE

**YOUR DUTIES IN CASE OF**
**ACCIDENT OR LOSS** 1
Notice Of Accident Or Loss 1
Other Duties . 1

**GENERAL DEFINITIONS** 3

**ADDITIONAL PREMIUM AGREEMENT** 8

**PART I - LIABILITY TO OTHERS** 9
Coverage A - Bodily Injury 9
Coverage B - Property Damage 9
Additional Definitions 9
Additional Payments . 10
Exclusions . 11
Limit of Liability 15
Coverage Required by Filings 15
Other Insurance 17

**PART II - EXPENSES FOR MEDICAL**
**SERVICES TO INSUREDS** 18
Coverage C - Medical Payments 18
Additional Definitions 18
Exclusions 19
Limit of Liability 20
Other Insurance . 21

**PART III - DAMAGE TO YOUR AUTO** 21
Coverage D - Comprehensive 21
Coverage E - Collision 22
Coverage F - Fire and Theft with
Combined Additional Coverage (CAC) 22
Additional Definitions 23
Exclusions 23
Limit of Liability 25
No Benefit to Bailee 26
Appraisal 26
Payment of Loss 27
Other Insurance 27

**INDEX OF POLICY PROVISIONS (CONT'D)**

PAGE

**PART IV - GENERAL PROVISIONS** 28
Policy Period .. 28
Changes 28
Two or More Autos Insured 28
Suit Against Us . 28
Our Recovery Rights . 28
Assignment 29
Waiver . . 29
Bankruptcy . . 30
Inspection and Audit 30
Fraud and Misrepresentation . 30
Terms of Policy Conformed to Statutes 30

**CANCELLATION OF THIS POLICY** 30

**NONRENEWAL OF THIS POLICY** 31

**POLICY AGREEMENT**

If **you** pay **your** premium when due, **we** agree to insure **you** based upon the warranties and representations made by **you** in **your** application, subject to all of the terms of this Policy including all applicable endorsements attached to this Policy and shown in the Declarations The Declarations and **your** application are a part of this Policy

---

## YOUR DUTIES IN CASE
## OF AN ACCIDENT OR LOSS

### Notice of Accident or Loss

In the event of an **accident** or **loss**, report it to us as soon as practicable by calling **our** toll-free claims reporting number 1-800-274-4499 The report should give the time, place and circumstances of the **accident** or **loss**, including the names and addresses of any injured persons and witnesses, and the license plates of the vehicles involved

You should also notify the police within twenty-four (24) hours or as soon as practicable if
a    a hit-and-run **auto** is involved, or
b    theft or vandalism has occurred

All **accidents** or **losses** should be reported even if an insured person is not at fault

### Other Duties

Any person claiming coverage under this Policy must

1  cooperate with and assist **us** in any matter concerning a claim or lawsuit,

2  provide any sworn or written proof of **loss** that **we** require before payment of a **loss**,

3  provide **us** with signed or recorded statements under oath as often as **we** may reasonably require,

— 1 —

4  promptly send **us** any and all legal papers received relating to any claim or lawsuit,

5  attend hearings and trials as **we** require,

6  submit to medical examination at **our** expense by doctors **we** select as often as **we** may reasonably require,

7  authorize **us** to obtain medical and other records which **we** deem appropriate,

8  authorize **us** access to **your** business or personal records as often as **we** deem necessary,

9  provide **us** with written notice of any legal action which such person has undertaken in regard to the **accident** for which coverage is sought,

10  assume no obligation, make no payment or incur no expense without **our** consent, except at **your** own cost,

11  convey title to and possession of the damaged, destroyed, or stolen property to **us** if **our** payment is based on a total loss or constructive total loss of the property, a constructive total loss occurs when the cost of repairs exceeds the lesser of the **actual cash value** of the damaged property immediately before the **loss**, or the limit of liability of the damaged property as indicated in the Policy

In addition to the above, a person claiming coverage under PART III - DAMAGE TO YOUR AUTO must

1  take reasonable steps after a **loss** to protect the **insured auto** and its equipment from further **loss**, provided that **we** shall pay reasonable expenses incurred in providing that protection, provided further that if **you** fail to do so, any further damages will not be covered under this Policy

2  keep a record of **your** expenses for consideration in the settlement of a claim

— 2 —

3 report the theft or vandalism of the **insured auto** to the police within twenty-four (24) hours of the **accident**,

4 allow **us** to inspect and appraise the **insured auto** before repair or disposal

---

### GENERAL DEFINITIONS

**The following words and phrases have special meaning when used in bold throughout this Policy and in the endorsements unless specifically modified.**

1 "**We**", "**us**" and "**our**" mean the Company providing this insurance as shown in the Declarations

2 "**You**" and "**your**" mean

  a  if the policy is issued in the name of an individual, the person shown in the Declarations as the named insured, or

  b  the organization shown in the Declarations as the named insured

3 "**Bodily Injury**" means physical injury to or sickness, disease or death of any person **Bodily Injury** does not include harm, sickness, disease or death arising out of a medically defined communicable disease contracted by any person, nor the exposure of such a disease by any person to any other person

4 "**Property Damage**" means damage to or destruction of tangible property, including loss of its use

5 "**Auto**" means a land motor vehicle or **trailer** designed for travel on public roads  It does not include **mobile equipment**

6 "**Trailer**" includes a semi-trailer and any piece of equipment used to convert a semi-trailer to a full trailer while it is attached to the semi-trailer

— 3 —

7 "**Mobile Equipment**" means any of the following types of equipment, including but not limited to any attached machinery

  a  Equipment such as Bulldozers, power shovels, cranes, rollers, booms, winches, graders, diggers, mixers, compressors, generators, drills, welders, pumps, farm implements and machinery, forklifts, shredders or other similar specialized equipment

  b  Vehicles **you** use solely on premises **you** own or rent and on accesses to public roads from these premises, unless listed in the declarations of this policy and not defined as **mobile equipment** under other parts of this definition

  c  Any vehicle designed for customary use off public roads or those which do not require licensing in the state in which **you** live or **your** business is licensed

  d  Vehicles, whether self-propelled or not, used primarily to provide mobility to permanently attached equipment including, but not limited to Air compressors, pumps, generators, spraying, welding, cleaning, lighting, geophysical exploration and well servicing equipment, cherry pickers or other devices used to raise or lower workers, snow removal equipment, or road maintenance equipment

  e  Vehicles used primarily for purposes other than transportation of persons or cargo However, self-propelled vehicles with permanently attached equipment listed below are not **mobile equipment** but will be considered **autos**

    1) Snow removal, road maintenance and street cleaning equipment

— 4 —

8   **"Accident"** means a sudden, unexpected and unintended event, or a continuous or repeated exposure to that event, that causes **bodily injury** or **property damage** and arises out of the ownership, maintenance or use of **your insured auto**

9   **"Your Insured Auto"** or **"Insured Auto"** means

a   Any **auto** described in the Declarations or any **replacement auto** The same coverages and limits will apply to the **replacement auto** as applied to the **auto** being replaced, until **you** notify **us** You must, however, notify **us** within 30 days of replacement for coverage to continue to apply Once ownership in the original **auto** is transferred or it becomes permanently inoperable, this policy no longer applies to it

b   Any additional **auto** of which **you** acquire ownership during the policy period provided that 1) if the **auto** is used in **your** business, **we** must insure all other **autos you** own and that have been used in **your** business, and 2) if the **auto** is not used in **your** business, **we** must insure all other **autos you** own The same coverages and limits will apply to the additionally acquired **auto** as apply to **your** other **autos** on the policy, except that

   1)   For coverage to apply to the additional **auto** under PART I - LIABILITY TO OTHERS and PART II - EXPENSES FOR MEDICAL SERVICES TO INSUREDS, **you** must notify **us** within 30 days of its acquisition If **you** have not notified **us** of an additional **auto** and an **accident** occurs within 30 days of **your** acquisition, only those coverages and limits for Parts I and II shown in **your** most current declarations will apply

   2)   For coverage to apply to the additional **auto** under PART III - DAMAGE TO YOUR AUTO, **you** must have notified **us** of the **auto** prior to any **accident** or **loss**

c   Any **non-owned auto** while **you** or an employee of **yours** is temporarily driving it as a substitute for any other **auto** described in this definition because of its withdrawal from normal use for a period of not greater than 30 days without notification to **us** due to breakdown, repair, servicing, **loss**, or destruction Coverage for PART III - DAMAGE TO YOUR AUTO does not apply to these temporary substitute **autos**

d   **Trailers** designed primarily for travel on public roads, even if such **trailers** are not shown in the Declarations, but only while upon a public road and connected to **your insured auto** However, no coverage shall be provided for a **trailer** under PART III - DAMAGE TO YOUR AUTO, unless the appropriate premium has been paid for that coverage for such **trailer**

e   **Mobile equipment**, even if not shown in the Declarations, but only if it is permanently attached to **your insured auto** and **your insured auto** is in transit on a public roadway

10   **"Replacement Auto"** means any **auto** which **you** have acquired ownership of during the current policy term that has taken the place of an **auto** described in the Declarations due to

a   termination of **your** ownership of the **auto** described in the Declarations, or

b   mechanical breakdown, deterioration or loss of the **auto** described in the Declarations, rendering it permanently inoperable

— 5 —                                          — 6 —