U S Department of Transportation
**Federal Motor Carrier Safety Administration**

*I HEREBY CERTIFY that the annexed* is a true copy of the current license and insurance information pertaining to T J Enterprises, Inc , of Temple, Georgia,

n file in the Federal Motor Carrier Safety Administration (FMCSA)

Signed and dated at Washington, D C
this 12th day of August , 2004
by Herman Dogan
FMCSA Records Officer
*(Title)*

REBY CERTIFY that ____

signed the foregoing certificate, is now, and was at the time of signing, FMCSA Records Officer,

ral Motor Carrier Safety Administration, Department of Transportation

at full faith and credit should be given his certificate as such

*IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Transportation to be*

affixed this 12th day of August ,
two-thousand four
For the SECRETARY OF TRANSPORTATION

Theresa M Rowlett    Certifying Officer
Chief, Business Information and Operations Division

64 (Rev 10-2003)

**PLAINTIFF'S EXHIBIT D**

# A Motor Carrier


F M C S A

Number 822537
.t Number MC364039
.l Name    T I WOOD ENTERPRISES INC
,A (Doing-Business-As) Name

**Addresses**

| | | | | |
|---|---|---|---|---|
| Business Address | 1091 OLD DRAKETOWN TRAIL | | | |
| | TEMPLE, GA 30179 | | | |
| Business Phone | (770) 562-3338 | Business Fax | | |
| Mail Address | PO BOX 132 | | | |
| | TEMPLE, GA 30179 | | | |
| Mail Phone | | Mail Fax | Undeliverable Mail | NO |

**Authorities·**

| | | | | | |
|---|---|---|---|---|---|
| Common Authority | INACTIVE | Application Pending | NO | | |
| Contract Authority | NONE | Application Pending | NO | | |
| Broker Authority | NONE | Application Pending | NO | | |
| Property | YES | Passenger | NO | Household Goods | NO |

**Insurance Requirements·**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BIPD Exempt | NO | BIPD Waiver | NO | BIPD Required | $750,000 | BIPD on File | $1,000,000 |
| Cargo Exempt | NO | | | Cargo Required | YES | Cargo on File | NO |
| BOC-3 | YES | | | Bond Required | NO | Bond on File | NO |
| Blanket Company | R P A - U S.A , INC. | | | | | | |

Comments

---

**Active/Pending Insurance**

| Form | 91X | Type | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | CA 4196911-4 | | Coverage From | $0 | To | $1,000,000* |
| Effective Date | 11/27/2003 | | Cancellation Date | | | |

Insurance Carrier  PROGRESSIVE PREFERRED INSURANCE CO
         Attn  CATHY BROCIOUS
      Address  P O  BOX 94739
               CLEVELAND, OH  44101 US
    Telephone  (404) 516 - 5006     Fax   (404) 516 - 5094

**Rejected Insurances**

| Form | | Type | | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | | | Coverage From | $0 | To | $0 |
| Received | | | | Rejected | | |
| Rejected Reason | | | | | | |

Insurance Carrier
         Address

    Telephone              Fax

---

# A Motor Carrier



Number 822537
.t Number **MC364039**
.al Name **T J WOOD ENTERPRISES INC**
.A (Doing-Business-As) Name

**Insurance History**

| Form | 91X | Type | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | CA 4196911-0 | | Coverage From | $0 | To | $1,000,000 |
| Effective Date From | 02/02/2001 | | To 05/21/2001 | Disposition | Cancelled | |

Insurance Carrier PROGRESSIVE PREFERRED INSURANCE CO
    Attn CATHY BROCIOUS
  Address P O BOX 94739
    CLEVELAND, OH 44101 US
  Telephone (404) 516 - 5006    Fax (404) 516 - 5094

| Form | 91X | Type | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | CA 4196911-1 | | Coverage From | $0 | To | $1,000,000 |
| Effective Date From | 05/21/2001 | | To 11/27/2001 | Disposition | Replaced | |

Insurance Carrier PROGRESSIVE PREFERRED INSURANCE CO
    Attn CATHY BROCIOUS
  Address P O BOX 94739
    CLEVELAND, OH 44101 US
  Telephone (404) 516 - 5006    Fax (404) 516 - 5094

| Form | 91X | Type | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | CB001377 | | Coverage From | $0 | To | $1,000,000 |
| Effective Date From | 08/25/1999 | | To 11/22/1999 | Disposition | Cancelled | |

Insurance Carrier GREAT DIVIDE INSURANCE COMPANY
    Attn DEANNA GRANADO
  Address 7273 E BUTHERUS DR
    SCOTTSDALE, AZ 85260 US
  Telephone    Fax

| Form | 34 | Type | CARGO | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | IMP9974616 | | Coverage From | $0 | To | $5,000* |
| Effective Date From | 09/10/1999 | | To 11/27/2000 | Disposition | Cancelled | |

Insurance Carrier GREAT AMERICAN INSURANCE COMPANY OF NEW YORK
    Attn GENERAL COUNSEL/GREAT AMERICAN INS CO
  Address 580 WALNUT ST
    CINCINNATI, OH 45202 US
  Telephone (513) 369 - 5013    Fax (513) 369 - 3655

# A Motor Carrier



Number 822537
 t Number **MC364039**
 al Name **T.I. WOOD ENTERPRISES INC**
 ɜA (Doing-Business-As) Name

**F M C S A**

## Insurance History.

| Form | 91X | Type | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | GA0496134 | | Coverage From | $0 | To | $1,000,000 |
| Effective Date From | 11/22/1999 | | To 01/05/2001 | Disposition | Cancelled | |

Insurance Carrier GULF INSURANCE CO
 Attn GREGG MIRACLE
 Address P O BOX 1771
  DALLAS, TX 75221 US
 Telephone (800) 325 - 9112    Fax

| Form | 91X | Type | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | CA 4196911-2 | | Coverage From | $0 | To | $1,000,000 |
| Effective Date From | 11/27/2001 | | To 11/27/2002 | Disposition | Cancelled | |

Insurance Carrier PROGRESSIVE PREFERRED INSURANCE CO
 Attn CATHY BROCIOUS
 Address P O BOX 94739
  CLEVELAND, OH 44101 US
 Telephone (404) 516 - 5006    Fax (404) 516 - 5094

| Form | 91X | Type | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number | CA 4196911-3 | | Coverage From | $0 | To | $1,000,000 |
| Effective Date From | 11/27/2002 | | To 11/27/2003 | Disposition | Cancelled | |

Insurance Carrier PROGRESSIVE PREFERRED INSURANCE CO
 Attn CATHY BROCIOUS
 Address P O BOX 94739
  CLEVELAND, OH 44101 US
 Telephone (404) 516 - 5006    Fax (404) 516 - 5094

**Note:**
*If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance and $10,000 for bond/trust fund) The carrier may actually have higher levels of coverage

## Authority History:

| Sub No | Authority Type | Original Action | | Disposition Action | |
|---|---|---|---|---|---|
| | MOTOR PROPERTY COMMON CARRIER | GRANTED | 10/13/1999 | REVOKED | 02/12/2001 |

## Pending Application

| Authority Type | Filed | Status | Insurance | BOC-3 |
|---|---|---|---|---|
| | | | | |

Run Date 08/06/2004
Run Time 11 38

Page 3 of 4

Data Source Licensing and Insurance
li_fmcsa_motor_carrier

# Motor Carrier

Number **822537**
st Number **MC364039**
al Name       **T I. WOOD ENTERPRISES INC**
3A (Doing-Business-As) Name



**Revocation History**

| Authority Type | 1st Serve Date | 2nd Serve Date | Reason |
|---|---|---|---|
| COMMON | 12/21/2000 | 02/12/2001 | INVOLUNTARY REVOCATION |