# FORM E
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE

Filed with **Georgia Department of Motor Vehicle Safety** (therein after call **Agency**)
(Name of **Agency**)

This is to certify that the ____ PROGRESSIVE PREFERRED INSURANCE COMPANY ____
(Name of Company)

(herein after called Company) of ____ P.O. BOX 94739, CLEVELAND, OHIO 44101 ____
(Home Address of Company)

has issued to ____ L.L. MOON ENTERPRISES INC., ____ of ____ TEMPLE, GA 30179 P.O. BOX 152 ____
(Name of Motor Carrier)                           (Address of Motor Carrier)

A policy or policies of insurance effective from ____ 11/27/04 2:01 A.M ____ standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the **Agency** has jurisdiction or regulations promulgated in accordance therewith

Whenever requested, the Company agrees to furnish the **Agency** a duplicate original of said policy or policies and all endorsements thereon

This Certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached Such cancellation may be effective by the Company or the insured giving thirty (30) days' notice in writing to the State **Agency**, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the **Agency**

Countersigned at ____ 6300 WILSON MILLS RD., MAYFIELD VILLAGE, OH 44143 ____
(Address)

Insurance Company File No ____ PA 41549111-3 ____                    _(signed)_
(Policy No)                                    (Signature of Authorized Representative)

Form No IRB3539 (11-01) GA                                progressive com


PLAINTIFF'S EXHIBIT F