**FORM E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

filed with  GEORGIA PSC
         244 WASHINGTON AVE #310
         ATLANTA, GA 30334

RECEIVED MAY 2 9 2001
GA PUBLIC SERVICE COMM.
TRANSPORTATION DIVISION

(hereinafter called Commission)

This is to certify that the PROGRESSIVE PREFERRED INSURANCE CO.
P.O. BOX 94739, CLEVELAND, OHIO  44101
(hereinafter called Company)

has issued to  E.L. WOOD ENTERPRISES INC.
              P.O. BOX 132
              TEMPLE, GA  30179

a policy or policies of insurance effective from 05/21/01 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS RD., MAYFIELD VILLAGE, OH 44143
this    25    day of MAY    , 2001

Insurance Company File No  CA 4196911-1
                           (Policy Number)

Authorized Company Representative

This form determined by the National Association of Regulatory Utility Commissioners and promulgated by the Interstate Commerce Commission pursuant to the provisions of Section 202(b)(2) of the Interstate Commerce Act (49 U.S.C. sec 302(b)(2))

IRB 35398
(Ed 06 82)



PLAINTIFF'S EXHIBIT G.