*12706*

# FORM E
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE

RECEIVED

NOV 2 9 1999

Filed with   GEORGIA INSURANCE COMMISSIONER'S OFFICE (hereinafter called Commission)

GA PUBLIC SERVICE COMM
TRANSPORTATION DIVISION
(hereinafter called Comp—

This is to certify that the   GULF INSURANCE COMPANY
ONE TOWER SQUARE, 2PB, HARTFORD, CT  06183-3004

has   T.I.WOOD ENTERPRISES INC          1091 OLD DREAKETOWN TRAIL
issued to                                TEMPLE GA 30179

a policy or policies of insurance effective from  11/22/1999 12 0: A M  standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission

Countersigned at   4600 W. 77th Street #300 MPLS., MN  55435

this   19TH   day of  NOVEMBER   XX 1999



Company File No   GA0496134
          (Policy Number)                                    Authorized Company Representative

This form determined by the National Association of Regulatory Utility Commissioners and promulgated by the Interstate Commerce Commission pursuant to the provisions of Section 202(b) (2) of the Interstate Commerce Act (49 U S C  sec 302(b) (2))  IRB 35999

PLAINTIFF'S
EXHIBIT
I