PROGRESSIVE PREFERRED INSURANCE CO
PO BOX 94739          CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form 1050
and edition date 1194 completes the below numbered policy  AMENDED EFFECTIVE DATE  6/19/01


**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

GRIFFIN INS AGENCY
PO BOX 1788
STOCKBRIDGE      GA 30281
770-507-3200

24-Hour Policy Service:   1-800-444-4487
24-Hour Claims Service:   1-800-274-4499
24-Hour Bill Questions:   1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 04196911- 1

**POLICY PERIOD:** 05/21/01 TO 11/21/01
**FOR NAMED INSURED**
TAMMY WOOD
PO BOX 132
TEMPLE           GA 30179

TAMMY WOOD
T I WOOD ENTERPRISES
PO BOX 132
TEMPLE           GA 30179

This policy incepts the later of
1  the time the application for insurance is executed on the first
   day of the policy period  or
2  12 01 a m  on the first day of the policy period
This policy shall expire at 12 01 a m  on the last day of the policy
period
The following coverages and limits apply to each described vehicle as
shown below  Coverages are defined in the policy and are subject to the
terms and conditions contained in the  policy, including amendments and
endorsements  No changes will be effective prior to the time changes
are requested

**REASON FOR ISSUANCE:** ENDORSEMENT
DRIVER 08 ADDED

### AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR   | MAKE   | MODEL      | SERIAL NUMBER    | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|-----|------|--------|------------|------------------|--------------------|----------|------------|----------|--------|
| 01  | 1995 | KENWO  | DUMP TRUCK | 2NKWLA9X8SM653010 | $45,000           | 1000     | 1000       | 1000     | 100    |
| 02  | 1995 | KENWO  | DUMP TRUCK | 2NKWLA9X6SM653007 | $45,000           | 1000     | 1000       | 1000     | 100    |
| 03  | 1996 | KENWO  | DUMP TRUCK | 1NKDL99X0TJ719985 | $50,000           | 1000     | 1000       | 1000     | 100    |
| 04  | 1997 | PETER  | DUMP TRUCK | 1NP5LU9X9VN434313 | $60,000           | 1000     | 1000       | 1000     | 100    |

| COVERAGES - LIMITS OF LIABILITY | PREMIUMS | | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $1,000,000 COMBINED SINGLE LIMIT | $9,630 | $1,605 | $1,605 | $1,605 | $1,605 |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $100,000 EACH PERSON - $100,000 EACH ACCIDENT | $270 | $45 | $45 | $45 | $45 |
| UM PROPERTY DAMAGE $50,000 LESS $250 DEDUCTIBLE | $186 | $31 | $31 | $31 | $31 |
| FIRE AND THEFT WITH COMBINED ADDITIONAL COVERAGE -LIMIT OF LIABILITY LESS DEDUCTIBLE | $1,001 | $138 | $138 | $152 | $178 |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $5,532 | $778 | $778 | $851 | $985 |
| PREMIUM BY VEHICLE | | $2,597 | $2,597 | $2,684 | $2,844 |
| PREMIUM DUE TO CHANGE FILING/OTHER FEES | $25 | | | | |
| | $16,644 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

CERTIFIED COPY
THIS WILL CERTIFY THAT THE
ATTACHED IS A TRUE AND COMPLETE COPY
OF THE ORIGINAL
[signature]
CUSTODIAN OF RECORDS

ATTACHMENTS IDENTIFIED BY FORM NO  (EDITION DATE)
6931  (0489)    2012  (0788)    8282  (0484)    1197  (0893)              (0388)

**PLAINTIFF'S EXHIBIT**
J.

Form No  1113 (05/95)  SIGNED [signature]

CVSE0305011205L111401

PROGRESSIVE PREFERRED INSURANCE CO
PO BOX 94739          CLEVELAND OH 44101-4739

This declarations page/amended declaration page with the policy jacket identified by the form 1050 and edition date 1194 completes the below numbered policy **AMENDED EFFECTIVE DATE** 6/19/01


**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

GRIFFIN INS AGENCY
PO BOX 1768
STOCKBRIDGE        GA  30281
770-507-3200

24-Hour Policy Service:  1-800-444-4487
24-Hour Claims Service:  1-800-274-4499
24-Hour Bill Questions:  1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 04196911- 1

**POLICY PERIOD:** 05/21/01 TO 11/21/01
**FOR NAMED INSURED**
TAMMY WOOD
PO BOX 132
TEMPLE           GA 30179

This policy incepts the later of
1 the time the application for insurance is executed on the first day of the policy period, or
2 12 01 a m on the first day of the policy period
This policy shall expire at 12 01 a m on the last day of the policy period

The following coverages and limits apply to each described vehicle as shown below  Coverages are defined in the policy and are subject to the terms and conditions contained in the policy including amendments and endorsements  No changes will be effective prior to the time changes are requested

TAMMY WOOD
T I WOOD ENTERPRISES
PO BOX 132
TEMPLE           GA    30179

**REASON FOR ISSUANCE:** ENDORSEMENT
DRIVER 08 ADDED

### AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 05 | 1997 | PETERBILT | DUMP TRUCK | 1NP5LU9X9VN434314 | $80,000 | | 1000 | 1000 | 100 |
| 06 | 1998 | WESTER | DUMP TRUCK | 2WLPDCCJ4WK953176 | $80,000 | | 1000 | 1000 | 100 |

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED | TOTAL | VEH 5 | VEH 6 | VEH 7 | VEH 8 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $1,000,000 COMBINED SINGLE LIMIT | | $1,605 | $1,605 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $100,000 EACH PERSON - $100,000 EACH ACCIDENT | | $45 | $45 | | |
| UM PROPERTY DAMAGE $50,000 LESS $250 DEDUCTIBLE | | $31 | $31 | | |
| FIRE AND THEFT WITH COMBINED ADDITIONAL COVERAGE -LIMIT OF LIABILITY LESS DEDUCTIBLE | | $178 | $217 | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | | $985 | $1,155 | | |
| PREMIUM BY VEHICLE | | $2,844 | $3,053 | | |
| FILING/OTHER FEES | | | | | |
| | TOTAL POLICY PREMIUM INCLUDES FEES | | | | |

ATTACHMENTS IDENTIFIED BY FORM NO  (EDITION DATE)
8931  (0489)    2012  (0395)    8282  (0484)    1197  (0893)    9809  (0496)    8627  (0388)

Form No 1113 (05/95)                                   Page 3 of 04                                   CVSE0306011205L111402

PROGRESSIVE PREFERRED INSURANCE CO
PO BOX 94739          CLEVELAND OH 44101-4739

This declarations page/amended declaration page with the policy jacket identified by the form 1050
and edition date 1194 completes the below numbered policy  AMENDED EFFECTIVE DATE  6/19/01



GRIFFIN INS AGENCY
PO BOX 1788
STOCKBRIDGE    GA  30281
770-507-3200

24-Hour Policy Service    1-800-444-4487
24-Hour Claims Service    1-800-274-4499
24-Hour Bill Questions:   1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER: CA 04196911-1**

**POLICY PERIOD** 05/21/01 TO 11/21/01
**FOR NAMED INSURED**
TAMMY WOOD
PO BOX 132
TEMPLE          GA  30179

This policy incepts the later of
1  the time the application for insurance is executed on the first day of the policy period  or
2  12 01 a m  on the first day of the policy period
This policy shall expire at 12 01 a m  on the last day of the policy period
The following coverages and limits apply to each described vehicle as shown below   Coverages are defined in the policy and are subject to the terms and conditions contained in the  policy  including amendments and endorsements   No changes will be effective prior to the time changes are requested

TAMMY WOOD
T I WOOD ENTERPRISES
PO BOX 132
TEMPLE          GA  30179

**REASON FOR ISSUANCE:** ENDORSEMENT
DRIVER 08 ADDED

## AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1995 | KENWO | DUMP TRUCK | 2NKWLA9X8SM853010 | $45,000 | | 1000 | 1000 | 100 |
| 02 | 1995 | KENWO | DUMP TRUCK | 2NKWLA9X8SM853007 | $45,000 | | 1000 | 1000 | 100 |
| 03 | 1996 | KENWO | DUMP TRUCK | 1NKDL99X0TJ719985 | $50,000 | | 1000 | 1000 | 100 |
| 04 | 1997 | PETER | DUMP TRUCK | 1NP5LU9X9VN434313 | $60,000 | | 1000 | 1000 | 100 |

| COVERAGES - LIMITS OF LIABILITY | PREMIUMS | | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $1,000,000 COMBINED SINGLE LIMIT | $9,630 | $1,805 | $1,805 | $1,805 | $1,805 |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $100,000 EACH PERSON - $100,000 EACH ACCIDENT | $270 | $45 | $45 | $45 | $45 |
| UM PROPERTY DAMAGE $50,000 LESS $250 DEDUCTIBLE | $186 | $31 | $31 | $31 | $31 |
| FIRE AND THEFT WITH COMBINED ADDITIONAL COVERAGE -LIMIT OF LIABILITY LESS DEDUCTIBLE | $1,001 | $138 | $138 | $152 | $178 |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $5,532 | $778 | $778 | $851 | $985 |
| PREMIUM BY VEHICLE | | $2,597 | $2,597 | $2,684 | $2,844 |
| PREMIUM DUE TO CHANGE FILING/OTHER FEES | $25 | | | | |
| | $16,644 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

CERTIFIED COPY
THIS WILL CERTIFY THAT THE
ATTACHED IS A TRUE AND COMPLETE COPY
OF THE ORIGINAL
*[signature]*
CUSTODIAN OF RECORDS

ATTACHMENTS IDENTIFIED BY FORM NO  (EDITION DATE)
8931  (0489)    2012  (0398)    8282  (0484)    1197  (0893)    9809  (0498)    8627  (0388)

Form No 1113 (05/95)  SIGNED  *[signature]*              Page 1 of 04           CVSE0305011205L111401

| DRV NO | LISTED DRIVERS | DOB | LICENSE NO | MARITAL STATUS | SR22 REQ | PTS |
|---|---|---|---|---|---|---|
| 01 | GEORGE WOOD | 07/31/64 | 257333070 | M | N | 00 |
| 02 | FLOYD MUSGRAVE | 06/23/56 | 003885928 | M | N | 01 |
| 03 | JOHNNY SPRAY | 02/05/55 | 252965882 | M | N | 01 |
| 04 | RICHARD REID | 01/04/72 | 031152473 | M | N | 00 |
| 05 | JOHN GOSSETT | 03/15/48 | 007285313 | M | N | 00 |

**LIENHOLDER**

VEH 1                              VEH 2



VEH 3                              VEH 4



**ADDITIONAL INSURED**

ADDL INS 1                         ADDL INS 2



ADDL INS 3                         ADDL INS 4



**OUTSIDE PREMIUM FINANCE**


## FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 06 | H72 | N | 47 | 30179 | | | | | | | | | | |
| 02 | 01 | H72 | N | 47 | 30179 | | | | | | | | | | |
| 03 | 03 | H72 | N | 47 | 30179 | | | | | | | | | | |
| 04 | 04 | H72 | N | 47 | 30179 | | | | | | | | | | |

| | | | |
|---|---|---|---|
| COST OF HIRE | | COMPANY 06 | RATE MANUAL |
| BUS TYPE | | PROGRAM | UNIT C2 |
| NUMB OF EMP | N/A | PAY PLAN C4 | BATCH ACO |
| PPA | ( ) | R/R 0900 | USER ID SLUSTER |
| | | F/R 081897 | DATE 01171 |
| | | FACTOR % 100 00 | |
| | | AGENT CODE CA 11608 | |

Page 2 of 04

PROGRESSIVE PREFERRED INSURANCE CO
PO BOX 94739                    CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form 1050
and edition date 1194 completes the below numbered policy   AMENDED EFFECTIVE DATE  6/19/01


PROGRESSIVE®
COMMERCIAL VEHICLE INSURANCE

GRIFFIN INS AGENCY
PO BOX 1768
STOCKBRIDGE     GA 30281
770-507-3200

24-Hour Policy Service:   1-800-444-4487
24-Hour Claims Service    1-800-274-4499
24-Hour Bill Questions:   1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 04196911- 1

**POLICY PERIOD:** 05/21/01 TO 11/21/01
**FOR NAMED INSURED**
TAMMY WOOD
PO BOX 132
TEMPLE     GA 30179

TAMMY WOOD
T I WOOD ENTERPRISES
PO BOX 132
TEMPLE     GA 30179

This policy incepts the later of
1  the time the application for insurance is executed on the first day of the policy period  or
2  12 01 a m  on the first day of the policy period
This policy shall expire at 12 01 a m  on the last day of the policy period
The following coverages and limits apply to each described vehicle as shown below  Coverages are defined in the policy and are subject to the terms and conditions contained in the policy including amendments and endorsements  No changes will be effective prior to the time changes are requested

**REASON FOR ISSUANCE:** ENDORSEMENT
DRIVER 08 ADDED

### AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 05 | 1997 | PETERBILT | DUMP TRUCK | 1NP5LU9X9VN434314 | $80,000 | | 1000 | 1000 | 100 |
| 08 | 1998 | WESTER | DUMP TRUCK | 2WLPDCCJ4WK853178 | $80,000 | | 1000 | 1000 | 100 |

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED | TOTAL | VEH 5 | VEH 8 | VEH 7 | VEH 8 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $1,000,000 COMBINED SINGLE LIMIT | | $1,605 | $1,605 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $100,000 EACH PERSON - $100,000 EACH ACCIDENT | | $45 | $45 | | |
| UM PROPERTY DAMAGE $50,000 LESS $250 DEDUCTIBLE | | $31 | $31 | | |
| FIRE AND THEFT WITH COMBINED ADDITIONAL COVERAGE -LIMIT OF LIABILITY LESS DEDUCTIBLE | | $178 | $217 | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | | $985 | $1,155 | | |
| PREMIUM BY VEHICLE | | $2,844 | $3,053 | | |
| FILING/OTHER FEES | | | | | |
| TOTAL POLICY PREMIUM INCLUDES FEES | | | | | |

ATTACHMENTS IDENTIFIED BY FORM NO  (EDITION DATE)
6931  (0489)    2012  (0395)    8282  (0484)    1197  (0893)    9809  (0496)    8627  (0388)

Form No 1113 (05/95)                              Page 3 of 04                              CVSE0306011205L111402

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO | MARITAL STATUS | SR22 REQ | PTS |
|---|---|---|---|---|---|---|
| 06 | IBRAHIM IKHMAIS | 10/06/66 | 630031153 | M | N | 00 |
| 07 | JOHN MOORE | 08/08/51 | 050517756 | M | N | 02 |
| 08 | STEVEN NELSON | 01/01/49 | 020928018 | M | N | 00 |
| 09 | | | | | | |
| 10 | | | | | | |

## LIENHOLDER

VEH 5                                    VEH 6


VEH 7                                    VEH 8


## ADDITIONAL INSURED

ADDL INS 5                               ADDL INS 6



ADDL INS 7                               ADDL INS 8



## OUTSIDE PREMIUM FINANCE


### FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 02 | H72 | N | 47 | 30179 | | | | | | | | | | |
| 06 | 07 | H72 | N | 47 | 30179 | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

COST OF HIRE              COMPANY      06           RATE MANUAL
BUS TYPE                                             UNIT          C2
NUMB OF EMP     N/A       PAY PLAN     C4           BATCH         ACO
PPA             (   )     R/R          0900         USER ID       SLUSTER
                          F/R          081997       DATE          01171
                          FACTOR %     100.00
                          AGENT CODE   CA 11808

Page 4 of 04



## AMENDATORY CANCELLATION ENDORSEMENT

If this policy is cancelled, we will send you (the first named insured) any premium refund due. If we cancel, the refund will be pro-rata. This means that unearned premium to be returned will be in the same proportion to total policy premium as the remaining policy term (after date of cancellation) bears to the total policy term. Unearned premium will be calculated on a daily basis.

If you cancel, during the policy period, we will return ninety percent (90%) of the pro-rata unearned premium for the remainder of the policy term after the effective date of cancellation. Unearned premium will be calculated on a daily basis.
If the return premium is not refunded upon notice of cancellation, the premium will be refunded within a reasonable time after the date the cancellation takes effect. However, making or offering to make the refund is not a condition of cancellation.

Form No. 1197 (8-93)



# GEORGIA UNINSURED MOTORISTS INSURANCE

It is agreed that the Policy is amended to include the following

## ADDITIONAL DUTY OF A CLAIMANT UNDER THE POLICY

The following is added under the Policy provisions "Your Duties in Case of Accident or Loss"

A person claiming Uninsured Motorists Coverage must notify the police as soon as practicable after the accident if a hit-and-run driver is involved

### Uninsured Motorist Coverage

We will pay damages which an insured is legally entitled to recover from the owner operator of an uninsured auto because of

1. **bodily injury**, and
2. **property damage**,

caused by **accident** and resulting from the ownership, maintenance or use of the uninsured auto **Bodily injury** and **property damage** coverage is subject to a deductible as shown in the Declarations

If this coverage provides limits in excess of the amounts required by Georgia Financial Responsibility Laws, we will pay only after all bonds or liability Policies have been used up by judgements or payments If a settlement is made between an **Insured** and the insurer of the uninsured auto for any amount which does not use up the applicable bonds or liability Policies, we will not pay unless we have agreed to do so in writing

### Additional Definitions used in this Endorsement

1. **Insured** means

    (a) **You** or a **relative**,
    (b) any other person **occupying** an **insured auto**,
    (c) any person for damages that person is entitled to recover because of **bodily injury** or **property damage** to **you**, a **relative** or another occupant of **your insured auto**

    But no person shall be considered an **insured** if that person uses **your insured auto** without **your** expressed permission

2. **Auto** means a land motor vehicle or trailer but does not mean a vehicle

    (a) operated on rails or crawler treads,
    (b) which is a farm type tractor or equipment designed for use principally off public roads, while not on public roads,
    (c) located for use as a residence or premesis

3. **Occupying** means in, on, getting into, off or out of

4. **Property Damage** means injury to or destruction of the **insured auto** including loss of use and injury to or destruction of personal property owned by the **Insured** which is contained in the **Insured auto**, but not including the loss of use of damaged or destroyed property

5. **Relative** means, if you are an individual, a person living in **your** household related to you by blood, marriage, or adoption, including a ward or foster child

6. **Uninsured auto** means an **auto** for which there is

    (a) no liability Policy or bond applicable at the time of the **accident**
    (b) a liability Policy or bond applicable at the time of the **accident**, but its available coverage is less than the limit of liability of this coverage
    (c) a liability Policy or bond at the time of the **accident** by the insurer denies coverage or is or becomes insolvent

    or which is an underinsured auto An underinsured auto is a motor vehicle or trailer for which the amount paid under all liability Policies or bonds is less than the sum of the limit of insurance for **Uninsured**

(2) We may cancel this policy by mailing or delivering to you written notice of cancellation at least

    (a) 10 days before the effective date of cancellation if we cancel for non-payment of premium or

    (b) 45 days before the effective date of cancellation if we cancel for any other reason

    (c) We will mail or deliver our notice to your last mailing known to us

Our notice of cancellation will state the effective date of cancellation The Policy period will end on that date

If notice is mailed, a receipt provided by, or other evidence of mailing as required or accepted by the US Postal Service shall be sufficient proof of notice

**Nonrenewal of this Policy**

We may elect not to renew or continue this policy by mailing or delivering to **you** written notice before the end of the policy period If **we** fail to provide notice within 45 days of the policy period, the policy will continue in effect until 30 days from the date of notice

You will be responsible for any premiums due while the policy is in effect If **we** offer or continue and **you** do not accept, this policy will terminate at end of the current policy period Failure to pay the required renewal or continuation premium when due shall mean that **you** have not accepted **our** offer

If **we** fail to mail or deliver proper notice of nonrenewal and **you** obtain other insurance this policy will end on the effective date of that insurance

If notice is mailed, a receipt provided by, or other evidence of mailing as required or accepted by, the US Postal Service shall be sufficient proof of notice

**Motorists** coverage applicable to the **insured** under this Policy and the limit of insurance applicable to the **insured** under any other Policy,

or which is a hit-and-run vehicle whose operator or owner is unknown and which caused an **accident** resulting in **bodily injury** or **property damage** arising out of physical contact to an **insured**, an **auto** which an **insured** is occupying or the **insured auto** An **insured** or someone on **your** behalf must have reported the **accident** as soon as practicable to a police officer

An **uninsured auto** does not mean and auto designed for use mainly off public roads while not on public roads

### Exclusions

We do not cover **bodily injury** or **property damage** sustained by a person or property

(1) for any claim settled without **our** consent An **insured** may however, without our consent, release an insurer of an uninsured motor vehicle from further obligation to pay damages after accepting from that **insurer** a payment or settlement which uses up the applicable Policies or bonds

(2) while **occupying** a motor vehicle with less than four (4) wheels

(3) while **occupying** an **auto** driven without the owner's permission

Also, this coverage does not apply

(1) to an **auto** or property contained in an **auto** other than an **insured auto**

(2) to a person for loss of use of damaged or destroyed property

This coverage does not apply directly or indirectly to the benefit of any insurer or self insurer, under any Worker's Compensation, disability benefits or similar law

### Limits of Liability

(1) Regardless of the number of **autos** described in the Declarations, **Insureds**, claims, claimants or Policies involved in the **accident, we** will pay no more than the limit of Uninsured Motorist Coverage shown in the Declarations

(2) **We** will not pay for any part of loss for which a payment is made or an amount is payable because of the **bodily injury** under and Worker's Compensation law or disability benefits law or similar law

(3) The limit of liability under this coverage will be reduced by all amounts paid or payable by or for anyone who is legally responsible, including any amount paid under this policy's PART I - LIABILITY TO OTHERS coverage

(4) We will not pay for any **property damage** that is paid or payable under PART III - DAMAGE TO YOUR AUTO

### Other Insurance

If there is other similar insurance on a loss covered by this Endorsement, the following priorities of recovery apply

First, the Policy providing **Uninsured Motorists** and **Underinsured Motorists Coverage** to the **insured** as a **named insured** or relative

Second, the **Uninsured** and **Underinsured Motorists Coverage** applicable to the vehicle the **insured** was occupying at the time of the **accident**

We will pay our proportionate share as our limits of liability bear to the total limits of liability of all applicable similar insurance

### Proof of Claim

Each person making claim under this Endorsement must give us full details of their injuries and treatment Proof of claim shall be submitted on **our** forms unless **we** fail to provide them within 15 days after notice of the claim



# AMENDATORY ENDORSEMENT
# PUNITIVE DAMAGES

## UNINSURED MOTORISTS COVERAGE

The phrase **"OTHER THAN PUNITIVE DAMAGES"** in this section does not apply to your policy

All other terms and conditions remain unchanged

## NOTICE OF INSURANCE INFORMATION PRACTICES

In the course of underwriting your insurance policy, information may be gathered from several outside sources. Driving record information is obtained by ordering a Motor Vehicle Report from the Department of Motor Vehicles. In some instances, additional information is ordered from Credit Bureaus and Investigation Organization, or we may call or write your household and ask for additional information necessary to accurately rate your policy. We commonly follow up to see that all eligible drivers in the household are listed on the application.

This information is not disclosed to outside parties without your written authorization except in specific limited circumstances outlined by the law. Examples of these circumstances include to a law enforcement authority or to an insurance regulatory authority, in response to a valid subpoena, search warrant or judicial order, or to a medical professional for the purpose of verifying coverage restrictions.

You have the right to review and correct personal information in your file. Upon request by you, a copy of the information in our files relating to your policy, will be issued to you. The first copy will be at no charge. A charge for additional copies will be equal to the cost of reproduction.

If, after reading this, you have any questions about our procedures or information contained in our files about you, please contact us at

      Progressive Insurance Companies

      Cleveland, Ohio 44101

Form No 8282 (4-84) GA                                    CVSE0730962607L8282



# AMENDATORY ENDORSEMENT
## (Punitive Damages)

**PART I - LIABILITY TO OTHERS**

The phrase **"Other than punitive damages"** in this section does not apply to your policy

**All other terms and conditions remain unchanged**

Form No 8627 (3-88)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CVSE0208962607L8627



# GEORGIA CHANGES

This endorsement changes the policy  Please read it carefully

**Part I-Liability to Others-**

    Exclusion (1) is amended as follows
        This exclusion does not apply for coverage up to the minumum limit specified by the Georgia Motor Vehicle Safety Responsibility Act

**Part I-Liability to Others-**

    (1) Liability coverage is primary for an auto **you** do not own, if operated by an **Insured** and owned by a retail seller of **autos**

    (2) If **you** are a retail seller of **autos,** the insurance is excess for an **auto you** own if operated by an insured other than **you** or **your** employee

**Part III-Damage to Your Auto Is Amended to Add:**

    (1) If collision coverage is provided, the collision coverage is primary for an **auto you** don't own if operated by the **Insured** and owned by a retail seller of **autos.**

    (2) If **you** are a retail seller of **autos** , the collision insurance is excess for an **auto** you own if operated by an **insured** other than **you** or **your** employee

**Cancellation of this Policy**

    (1) **You** may cancel this Policy by mailing or delivering to **us** advance written notice of cancellation stating a future date on which the Policy is to be cancelled, subject to the following

        (a) If only **your** interest is involved, the effective date of cancellation will be either the date **we** received the notice from **you,** or the date specified in the notice, whichever is later

        If **we** receive the notice from **you we** may waive the requirement that the notice state the future date of cancellation by confirming the date and time of cancellation in writing to **you**

        (b) If by statute, regulation or contract, this policy may not be cancelled unless notice is given to a govermental agency, mortgage or third party, we will mail or deliver at least 10 days notice to **you** and the third party as soon as practiable after receiving **your** request for cancellation

        Our notice **will** state the effective date of cancellation which will be later of the following

            (1) 10 days from the date of mailing or delivering **our** notice, or

            (2) the effective date of cancellation stated in **your** notice to **us**



Form No  9809 (04-96)

CVSE1011962605L9809