# FINCH McCRANIE, LLP

Attorneys At Law

| | | |
|---|---|---|
| RICHARD W HENDRIX<br>MICHAEL A SULLIVAN<br>STEVEN R WISEBRAM<br>DAVID E NAYLOR<br>AUDREY E MITCHELL<br>―――<br>BAXTER H FINCH<br>(1924 - 1995) | 225 PEACHTREE STREET, N E<br>1700 SOUTH TOWER<br>ATLANTA  GEORGIA 30303<br><br>(404) 658-9070<br>(800) 228-9159<br>Facsimile  (404) 688-0649<br>www.finchmccranie.com | OF COUNSEL<br>CHARLES E MCCRANIE<br>ELLIS RAY BROWN<br>―――<br>118 SOUTH MAIN STREET<br>JONESBORO GEORGIA 30236<br>(770) 471-8477 |

January 28, 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Mimi Sewell
Sr Claims Specialist
Progressive Commercial Auto Insurance
P O Box 94621
Cleveland, Oh 44101

Re  Our Client      R J Kolencik
    Your Insureds   T I Wood Enterprises, Inc , Jerry Yarbrough d/b/a J&J
                    Trucking, Darlene Sue Cleckner and Kenneth
                    Burnham
    Your Claim No   032016349

Dear Mr Ms Sewell.

Pursuant to provisions of O C G A § 33-7-15(c) I hereby send you notice of the filing of a lawsuit in the above matter in which suit we name your named insured as a defendant, along with its statutory employees and agents  We are sending you a copy of Summons and Complaint enclosed herein per the terms of the statute

Sincerely,

Richard W Hendrix

RWH/dcm

Enclosures


PLAINTIFF'S EXHIBIT K.

SUMMONS　　　　　　　　　SC-85-1　　　　　　　　　CLYDE CASTLEBERRY CO COVINGTON, GA., 30209

# IN THE SUPERIOR~~/STATE~~ COURT OF _____Cobb_____ COUNTY

## STATE OF GEORGIA

Robert J. Kolencik, Individually

and as Administrator of the Estate

of Melissa Kolecik

**PLAINTIFF**

CIVIL ACTION NUMBER __04-1-00549-40__

VS

T. I. Wood Enterprises, Inc.
Jerry Yarbrough d/b/a J&J Trucking & Excavating
and/or J&J Trucking & Excavation
Darlene Sue Cleckner
Kenneth W. Burnham
and Akil Nishica

**DEFENDANT**

COBB COUNTY GA.
FILED IN OFFICE
04 JAN 27 AM 8:43

## SUMMONS

TO THE ABOVE NAMED DEFENDANT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is

　　　　Richard W. Hendrix
　　　　Finch McCranie, LLP
　　　　225 Peachtree Street, N.E.
　　　　1700 South Tower
　　　　Atlanta, Ga. 30303

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint

This __27__ day of __January__ ~~XH~~ 2004

　　　　　　　　　　　　　　　Clerk of Superior/~~State~~ Court

　　　　　　　　　　　　　　　BY _____
　　　　　　　　　　　　　　　　　　　　　　　~~Deputy~~ Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed. Make notation on this sheet if addendum sheet is used

SUMMONS                    SC-85-1                    CLYDE CASTLEBERRY CO., COVINGTON GA. 30209

# IN THE SUPERIOR/~~STATE~~ COURT OF _____Cobb_____ COUNTY

## STATE OF GEORGIA

Robert J. Kolencik, Individually

and as Administrator of the Estate

of Melissa Kolecik
                                                    PLAINTIFF

CIVIL ACTION NUMBER   04-1-00549-40

VS.

T. I. Wood Enterprises, Inc.
Jerry Yarbrough d/b/a J&J Trucking & Excavating
and/or J&J Trucking & Excavation
Darlene Sue Cleckner
Kenneth W. Burnham
and Akil Nishica
                                                    DEFENDANT

## SUMMONS

### TO THE ABOVE NAMED DEFENDANT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is

Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, Ga. 30303

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint

This __27__ day of __January__ ~~19~~ 2004

Clerk of Superior/~~State~~ Court

BY _____
                                                    ~~Deputy~~ Clerk

INSTRUCTIONS  Attach addendum sheet for additional parties if needed  make notation on this sheet if addendum sheet is used

SUMMONS　　　　　　　　　　SC-85-1　　　　　　　　　　CLYDE CASTLEBERRY CO COVINGTON GA 30209

# IN THE SUPERIOR/STATE COURT OF ____Cobb____ COUNTY
## STATE OF GEORGIA

Robert J. Kolencik, Individually _____

and as Administrator of the Estate _____

of Melissa Kolecik _____

　　　　　　　　　　　　　　　**PLAINTIFF**

CIVIL ACTION NUMBER __04-1-00549-40__

VS
T. I. Wood Enterprises, Inc.
Jerry Yarbrough d/b/a J&J Trucking & Excavating
and/or J&J Trucking & Excavation
Darlene Sue Cleckner
Kenneth W. Burnham
and Akil Nishica _____

　　　　　　　　　　　　　　　**DEFENDANT**

COBB COUNTY GA.
FILED IN OFFICE
04 JAN 27 AM 8:43

## SUMMONS

### TO THE ABOVE NAMED DEFENDANT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is

　　　　Richard W. Hendrix
　　　　Finch McCranie, LLP
　　　　225 Peachtree Street, N.E.
　　　　1700 South Tower
　　　　Atlanta, Ga. 30303

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint

This __27__ day of __January__, XX 2004

　　　　　　　　　　　　　　Clerk of Superior/State Court

　　　　　　　　　　　　　　BY _____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

INSTRUCTIONS  Attach addendum sheet for additional parties if needed  make notation on this sheet if addendum sheet is used

SUMMONS                SC-85-1                    CLYDE CASTLEBERRY CO  COVINGTON GA  30209

# IN THE SUPERIOR/STATE COURT OF _____Cobb_____ COUNTY

## STATE OF GEORGIA

Robert J. Kolencik, Individually

and as Administrator of the Estate

of Melissa Kolecik

PLAINTIFF

CIVIL ACTION NUMBER  04-1-00549-40

VS

T. I. Wood Enterprises, Inc.
Jerry Yarbrough d/b/a J&J Trucking & Excavating
and/or J&J Trucking & Excavation
Darlene Sue Cleckner
Kenneth W. Burnham
and Akil Nishica

DEFENDANT

*[Filed stamp: COBB COUNTY GA. FILED IN OFFICE 04 JAN 27 AM 8:43]*

## SUMMONS

TO THE ABOVE NAMED DEFENDANT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is

Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, Ga. 30303

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint

This __27__ day of __January__, 2004

Clerk of Superior/State Court

BY _____

Deputy Clerk

INSTRUCTIONS  Attach addendum sheet for additional parties if needed  make notation on this sheet if addendum sheet is used

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ROBERT J. KOLENCIK, Individually and as ADMINISTRATOR of the ESTATE OF MELISSA KOLENCIK,<br><br>Plaintiff,<br><br>vs.<br><br>T I WOOD ENTERPRISES, INC., JERRY YARBROUGH d/b/a J & J TRUCKING & EXCAVATING and/or J & J TRUCKING & EXCAVATION, DARLENE SUE CLECKNER, KENNETH W. BURNHAM, and AKIL NISHICA,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. C4-1-0c549-40 |

**COMPLAINT FOR DAMAGES**

1

Defendant T I Wood Enterprises, Inc is a motor carrier for hire authorized to do business in interstate and intrastate commerce. Its principal place of business is 1091 Old Drake Town Trail, Temple Georgia 30179 Its registered agent of process is Tammy Wood, 1091 Old Drake Town Trail, Temple, Georgia 30179. When duly served with a copy of Summons and Complaint in this matter, said defendant will be subject to the jurisdiction of this Court.

2

Defendant Jerry Yarbrough resides at 90 Yarber Hill Drive, Chickamauga. Georgia 30707. He does business under the name of J&J Trucking and Excavating and/or J&J Trucking and Excavation (hereinafter Jerry Yarbrough d/b/a J&J Trucking) located at the same address When

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired<br>■ Print your name and address on the reverse so that we can return the card to you<br>■ Attach this card to the back of the mailpiece, or on the front if space permits | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                              FEB 02 2004 |
| 1. Article Addressed to:<br>Mimi Sewell<br>Sr. Claims Specialist<br>Progressive Commercial Auto Ins.<br>P O Box 94621<br>Cleveland, Oh 44101 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0002 8280 3758 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here

7003 0500 0002 8280 3758

Sent To: Mimi Sewell
Street, Apt. No.; or PO Box No.: Progressive Commercial Auto Ins.
P. O. Box 94621
City, State, ZIP+4: Cleveland, Oh 44101

PS Form 3800, June 2002   See Reverse for Instructions