# Finch McCranie, llp

### Attorneys At Law

RICHARD W HENDRIX
MICHAEL A SULLIVAN
STEVEN R WISEBRAM
DAVID E NAYLOR
AUDREY E MITCHELL

BAXTER H FINCH
(1924 - 1995)

225 PEACHTREE STREET N E
1700 SOUTH TOWER
ATLANTA, GEORGIA 30303

(404) 658-9070
(800) 228-9159
Facsimile (404) 688-0649
*www finchmccranie com*

OF COUNSEL
CHARLES E MCCRANIE
ELLIS RAY BROWN

118 SOUTH MAIN STREET
JONESBORO GEORGIA 30236
(770) 471-8477

June 9, 2004

Gulf Insurance Company
P O Box 131771
Dallas, Texas 75313

Attn  Claims Department

Gulf Insurance Company
One Tower Square, 2 PB
Hartford, Ct 06183-3004

Attn  Claims Department

Re  *Robert J Kolencik, Individually and as Administrator of the Estate of Melissa Kolencik v T I Wood Enterprises, Inc , Jerry Yarbrough d/b/a J&J Trucking & Excavating and/or J&J Trucking& Excavation, Darlene Sue Cleckner, Kenneth Burnham and Akil Nishica*
<u>Superior Court of Cobb County, Civil Action File No 04-1-00549-40</u>

Dear Sirs

The undersigned represents Mr R J Kolencik in connection with a motor vehicle accident which resulted in the death of his wife Melissa  I have enclosed a copy of the Motor Vehicle Accident Report relative to this incident. We have filed a wrongful death action against several defendants concerning this matter, including a defendant by the name of T I Wood Enterprises, Inc <u>See</u> attached Complaint  During our investigation of this incident, we discovered that the Gulf Insurance Company had previously issued a Form E Certificate of Insurance with the Georgia Public Service Commission relative to T I. Wood Enterprises, Inc  Even though Gulf Insurance Company certified that it provided coverage for this entity through its policy number GA0496134, there is no Form K - Notice of Cancellation of this policy, of record with the Georgia PSC  Accordingly, we contend that this policy is still in full force and effect and provides coverage for the subject incident

Here in Georgia, we have a continuous coverage doctrine which provides that until an insurance company filing a Certificate E gives notice of cancellation to the Georgia PSC, the policy continuously remains effective for the benefit of the public  <u>See generally</u> <u>Smith v National Union Fire Insurance Company</u>, 127 Ga  App  752, 753 195 S  E  2d 205 (1972), <u>DeHart v Liberty Mutual Insurance Company</u>, 270 Ga  381, 509 S  E  2d 913 (1998)  Accordingly, we take the position that the insurance policy issued by the Gulf Insurance Company relative to T I  Wood Enterprises, Inc is still in full force and effect and we hereby notify you of our contentions that the referenced policy and certificate applies to our case against T I  Wood Enterprises, Inc



PLAINTIFF'S EXHIBIT
L.

Gulf Insurance Company
Attn  Claims Department
June 9, 2004
Page Two


By copy of this letter to counsel for T I Wood Enterprises, Inc., we are advising its attorney of our claims against the Gulf Insurance Company  If you have any questions, concerning T I Wood Enterprises, Inc and/or the status of the case, we suggest that you direct them to Mr Valz. If you require any additional information from this office, please cal the undersigned

Sincerely,

Richard W Hendrix

RWH/dcm

Enclosure

cc's    C. T. Corp System
        Dale Morris
        1201 Peachtree Street, NE
        Atlanta, Georgia 30361

        Fred M Valz, III , Esq
        Carlock, Copeland, Semler & Stair, LLP
        P. O. Box 56887
        Atlanta, Georgia 30343-0887

bcc    Thomas E Magill, Esq
        MAGILL, ATKINSON & DERMER, LLP
        1175 Peachtree Street, NE
        100 Colony Square, Suite 2000
        Atlanta, Ga  30361-6206

*/2706*

**FORM E**
UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY RECEIVED
DAMAGE LIABILITY CERTIFICATE OF INSURANCE

NOV 2 9 1999

Filed with    GEORGIA INSURANCE COMMISSIONER'S OFFICE *(hereinafter called Commission)*

GA PUBLIC SERVICE COMM
TRANSPORTATION DIVISION
(hereinafter called Com...

This is to certify that the   **GULF INSURANCE COMPANY**
**ONE TOWER SQUARE, 2PB, HARTFORD, CT   06183-3004**

has     **T I.WOOD ENTERPRISES INC**                    **1091 OLD DREAKETOWN TRAIL**
issued to                                                **TEMPLE GA 30179**

a policy or policies of insurance effective from   **11/22/1999** 12 01 A M   standard time at the address of the insured stated in said
policy or policies and continuing until canceled as provided herein which by attachment of the Uniform Motor Carrier Bodily Injury and Prop-
erty Damage Liability Insurance Endorsement has or have been amended to provide automobile bodily injury and property damage liability
insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Com-
mission has jurisdiction or regulations promulgated in accordance therewith

   Whenever requested the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements
thereon

   This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached Such
cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30)
days notice to commence to run from the date notice is actually received in the office of the Commission

Countersigned at   **4600 W. 77th Street #300 MPLS., MN   55435**
this   **19TH**   day of   **NOVEMBER**   .**XX** 1999

Company File No   **GA0496134**
               (Policy Number)                                    Authorized Company Representative

This form determined by the National Association of Regulatory Utility Commissioners and promulgated by the Interstate
Commerce Commission pursuant to the provisions of Section 202(b) (2) of the Interstate Commerce Act (49 U S C , sec 302(b) (2))    IRB 38399

Date Rec. By DPS

GA0330207

## UNIFORM MOTOR VEHICLE ACCIDENT REPORT
COBB County

| Date 08/27/03 | Day of Week Sun M T W Th F S (W checked) | Time 19:04 | Off Arrived 19:12 | Total No. Vehicles 4 | Number Of Injuries 0 | No. Of Fatalities 1 | Inside City Of: |
|---|---|---|---|---|---|---|---|

| Road of Occurrence State Route 92 | At Its Intersection With | Cheatham Road | Corrected Report Yes ☐ |
|---|---|---|---|

1 ☐ Interstate  2 ☒ Lowest St. Rt.  3 ☐ Co Road  4 ☐ City St.

Not At Its Intersection But And Continuing In the Direction Checked Above

☐ Miles  1 ☐ North  3 ☐ East
☐ Feet  2 ☐ South  4 ☐ West

1 ☐ Interstate  2 ☐ Lowest St. Rt.  3 ☐ Co Road  4 ☐ City St.

Suppl To Original Yes ☐

The Next Reference Point Is  1 ☐ Interstate  2 ☐ Lowest St. Rt.  3 ☐ Co Road  4 ☐ City St.  5 ☐ Co Line

| Driver # 1 | Last Name Cleckner, Darlene sue | First | Middle | Driver # 2 | Last Name Nishica, Akil | First | Middle |
|---|---|---|---|---|---|---|---|

Ped ☐  Address 3257 Vanburen

Ped ☐  Address 209 Trees of Kennesaw Pkwy.

| City Chattanooga, Tn | State | Zip 40715 | DOB 072370 | City Kennesaw | State GA | Zip 30152 | DOB 013184 |
|---|---|---|---|---|---|---|---|

| Driver's License No 90426818 | Class A | State Tn | ☐ Male ☒ Female | Driver's License No 055010355 | Class C | State Georgia | ☒ Male ☐ Female |
|---|---|---|---|---|---|---|---|

| Posted Speed 45 | Insurance Co None | Policy No | Posted Speed 45 | Insurance Co Atlanta Specialty Insurance | Policy No 06781763-00 |
|---|---|---|---|---|---|

| Year 1981 | Make Ford | Model 9000 Dump Truck | Telephone No 770-231-4700 | Year 2002 | Make Honda | Model Civic | Telephone No 678-574-7685 |
|---|---|---|---|---|---|---|---|

| VIN 1FDYU90W8BVJ23222 | Vehicle Color White | VIN 2HGES16552HB89992 | Vehicle Color Black |
|---|---|---|---|

| Tag # 15239 HX | State Georgia | County Walker | Year 2004 | Tag # 9263 AJJ | State Georgia | County Cobb | Year 2004 |
|---|---|---|---|---|---|---|---|

| Trailer Tag # | State | County | Year | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|

☐ Same as Driver  Owner's Last Name Yarbrough, Jerry Oliver  First  Middle

Address 70 Yarber Hill Drive

☒ Same as Driver  Owner's Last Name  First  Middle

Address

| City Chickamauga, Georgia | State | Zip 30707 | City | State | Zip |
|---|---|---|---|---|---|

Removed By Driver  ☐ Request ☐ List

Removed By Wilbur's Wrecker Service  ☐ Request ☒ List

| | Alcohol Test | Type | Result | Drug Test | Type | Results | | Alcohol Test | Type | Result | Drug Test | Type | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | | 2 | | | | 1 | 1 | 3 | Pend | 1 | 3 | Pend |
| Driver Condition | 2 | Direction of Travel | 2 | Vision Obscured | 2 | Contributing Factors 3    5 | Driver Condition | 1 | Direction of Travel | 2 | Vision Obscured | 1 | Contributing Factors 7 |
| Vehicle Condition | 1 | Vehicle Maneuver | 5 | Pedestrian Maneuver | 26 | | Vehicle Condition | 1 | Vehicle Maneuver | 4 | Pedestrian Maneuver | | |
| Most Harmful Event | 5 | Vehicle Class 7 | | Vehicle Type 8 | | | Most Harmful Event | 5 | Vehicle Class 1 | | Vehicle Type 1 | | |
| Traffic Control 7 | | Device Inoperative ? | ☐ Yes ☒ No | | | | Traffic Control 7 | | Device Inoperative ? | ☐ Yes ☒ No | | | |

| Injured Taken To Wellstar Kennestone Hospital | By Metro Atlanta Ambulance Service |
|---|---|

| EMS Notified Time 19 05 | EMS Arrival Time 19:13 | Hospital Arrival Time 19 38 | Photos Taken ☒ Yes ☐ No | By Cobb County S O Records & I.D. Unit |
|---|---|---|---|---|

| Report By Lang, Robinson, Lehner, Elledge, Dorsey | Department Cobb County Police Dept | Report Date 082703 | Checked By | Date Checked |
|---|---|---|---|---|

| Witness (es) Name N/A | Address | City | State | Zip Code | Telephone No |
|---|---|---|---|---|---|

DPS MICROFILM NUMBER   (DO NOT WRITE IN   THIS SPACE)

## COMMERCIAL VEHICLES ONLY

| Carrier Name J and J Trucking Vehicle # JJ 06 | Carrier Name Vehicle # |
|---|---|

Address 70 Yarber Hill Drive

Address

| City Chickmauga Georgia | State | Zip 30707 | City | State | Zip |
|---|---|---|---|---|---|

| Number of Axles 3 | G V W R 46 000 | Fed Reportable 1 ☒ Yes 2 ☐ | Cargo Body Type 4 | Number of Axles | G V W R | Fed Reportable 1 ☐ Yes 2 ☐ | Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Vehicle Config 3 | I C C M C # | U S D O T # 891525 | Interstate ☐ Intrastate ☒ | Vehicle Config | I C C M C # | U S D O T # | Interstate ☐ Intrastate ☐ |
|---|---|---|---|---|---|---|---|

| C D L ? 1 ☐ Yes 2 ☒ No | C D L Suspended ? 1 ☐ Yes 2 ☐ No | Vehicle Placarded ? 1 ☐ Yes 2 ☒ No | Hazardous Materials ? 1 ☐ Yes 2 ☒ No | Released ? 1 ☐ Yes 2 ☒ No | C D L ? 1 ☐ Yes 2 ☐ No | C D L Suspended ? 1 ☐ Yes 2 ☐ No | Vehicle Placarded ? 1 ☐ Yes 2 ☐ No | Hazardous Materials ? 1 ☐ Yes 2 ☐ No | Released ? 1 ☐ Yes 2 ☐ No |
|---|---|---|---|---|---|---|---|---|---|

If YES, Name or 4 Digit Number from Diamond or Box
1 Digit Number from Bottom of Diamond

| R | Down Hill Runaway | Cargo Loss Or Shift | Separation of Units | Ran off Road | Down Hill Runaway | Cargo Loss Or Shift | Separation of Units |
|---|---|---|---|---|---|---|---|

**GEORGIA UNIFORM MOTOR VEHICLE ACCIDENT REPORT**

C3117388  GA0330200

County OBB  DP Rec. By DPS

| Date 08/27/03 | Day of Week ☐ Sun ☐ M ☐ T ☒ W ☐ Th F ☐ S | Time 19:04 | Off Arrived 19:12 | Total Num Vehicles 4 | Jr Injuries 0 | Fatalities 1 | Inside City Of |

| Road of Occurrence | State Route 92 | At Its Intersection | Cheatham Road | | Corrected Report Yes ☐ |
| | ☐ 1 Interstate ☒ 2 Lowest St. Rt. ☐ 3 Co Road ☐ 4 City St. | With | ☐ 1 Interstate ☐ 2 Lowest St. Rt. ☒ 3 Co Road ☐ 4 City St. | | Suppl To Original |
| Not At Its Intersection But | ☐ Miles ☐ 1 North ☐ 2 East | Or | | | Yes ☐ |
| | ☐ Feet ☐ 3 South ☐ 4 West | | ☐ 1 Interstate ☐ 2 Lowest St. Rt. ☐ 3 Co Road ☐ 4 City St. | | |
| And Continuing In the Direction Checked Above | | | | | |
| The Next Reference Point is | ☐ 1 Interstate ☐ 2 Lowest St. Rt. ☐ 3 Co Road ☐ 4 City St. ☐ 5 Co Line | | | | |

| Driver # 3 | Last Name Kolencik, Melissa | First Ann | Middle | Driver # 4 | Last Name Burnham, Kenneth W | First | Middle |
| Ped ☐ | Address 174 Due West Road | | | Ped ☐ | Address 101 Dykes Drive | | |
| City Dallas | State GA | Zip 30157 | DOB 122162 | City Rossville | State GA | Zip 30741 | DOB 040173 |
| Driver's License No 050406215 | Class C | State Georgia | ☐ Male ☒ Female | Driver's License No 334601340 | Class A | State Georgia | ☒ Male ☐ Female |
| Posted Speed 45 | Insurance Co State Farm Insurance | Policy No P26261902611C | | Posted Speed 45 | Insurance Co None | Policy No | |
| Year 2001 | Make Landrover | Model Discovery | Telephone No 770-421-6775 | Year 1981 | Make Peterbuilt | Model Dump Truck | Telephone No 706-820-1184 |
| VIN SALTY15451A708949 | | Vehicle Color Green | | VIN 1XP9D29X3BP146909 | | Vehicle Color Yellow | |
| Tag # 8364 ALG | State Georgia | County Paulding | Year 2003 | Tag # 15242 HX | State GA | County Walker | Year 2004 |
| Trailer Tag # | State | County | Year | Trailer Tag # | State | County | Year |

| ☒ Same as Driver | Owner's Last Name | First | Middle | ☐ Same as Driver | Owner's Last Name Yarbrough, Jerry Oliver | First | Middle |
| Address | | | | Address 70 Yarber Hill Drive | | | |
| City | State | Zip | | City Chickmauga, Georgia | State | Zip 30707 | |
| Removed By Wilbur's Wrecker Service | | ☐ Request ☐ List | | Removed By Barrow Wrecker | | ☐ Request ☐ List | |

| Alcohol Test 2 | Type | Result | Drug Test 2 | Type | Results | | Alcohol Test 1 | Type 1 | Result 1 | Drug Test 1 | Type 1 | Results Pend 3 |
| Driver Condition 1 | Direction of Travel 1 | Vision Obscured 1 | | Contributing Factors 10 | | | Driver Condition 1 | Direction of Travel 2 | Vision Obscured 1 | | Contributing Factors 3  22 |
| Vehicle Condition 1 | Vehicle Maneuver 5 | Pedestrian Maneuver | | | | | Vehicle Condition 1 | Vehicle Maneuver 5 | Pedestrian Maneuver | | 26 |
| Most Harmful Event 11 | Vehicle Class 1 | Vehicle Type 11 | | | | | Most Harmful Event 11 | Vehicle Class 7 | Vehicle Type 8 | | |
| Traffic Control 7 | Device Inoperative ? ☐ Yes ☒ No | | | | | | Traffic Control 7 | Device Inoperative ? ☐ Yes ☒ No | | |

| Injured Taken To Wellstar Kennestone Hospital | | By Metro Atlanta Ambulance Service |
| EMS Notified Time 19 05 | EMS Arrival Time 19 13 | Hospital Arrival Time 19 38 | Photos Taken ☒ Yes ☐ No | By Cobb County S O Records & I D Unit |
| Report By Lang,Robinson,Lehner,Elledge,Dorsey | Department Cobb County Police Dept | Report Date 082703 | Checked By | Date Checked |
| Witness (es) Name | Address | City | State | Zip Code | Telephone No |

DPS MICROFILM NUMBER  (DO NOT WRITE IN  THIS SPACE)

**COMMERCIAL VEHICLES ONLY**

| Carrier Name | | | | Carrier Name J and J trucking | | | |
| Vehicle # | | | | Vehicle # JJ-102 | | | |
| Address | | | | Address 70 Yarber Hill Drive | | | |
| City | State | Zip | | City Chickamauga, Georgia | State | Zip 30707 | |
| Number of Axles | I G V W P | Fed. Reportable ☐ 1 ☐ Yes 2 ☐ | Cargo Body Type | Number of Axles 3 | I G V W P 54,199 | Fed. Reportable ☒ 1 Yes 2 ☐ | Cargo Body Type |
| Vehicle Config | I C C M C # | U S D O T # | Interstate ☐ Intrastate ☐ | Vehicle Config 3 | I C C M C # | U S D O T # 891525 | Interstate ☐ Intrastate ☐ |
| C D L ☐ 1 ☐ Yes 2 ☐ No | | C D L Suspended ? 1 ☐ Yes 2 ☐ No | | C D L ☐ 1 ☒ Yes 2 ☐ No | | C D L Suspended ? 1 ☐ Yes 2 ☒ No | |
| Vehicle Placarded ? | | Hazardous Materials ? 1 ☐ Yes 2 ☐ No | | Vehicle Placarded ? | | Hazardous Materials ? 1 ☐ Yes 2 ☒ No | |
| 1 ☐ Yes 2 ☐ No | | Released ? 1 ☐ Yes 2 ☐ No | | 1 ☐ Yes 2 ☐ No | | Released ? 1 ☐ Yes 2 ☒ No | |
| If YES  Name or 4 Digit Number from Diamond or Box | | | | If YES  Name or 4 Digit Number from Diamond or Box | | | |
| 1 Digit Number from Bottom of Diamond | | | | 1 Digit Number from Bottom of Diamond | | | |
| ☐ R | Down Hill Runaway | Cargo Loss Or Shift | Separation of Units | ☐ Ran off Road | Down Hill Runaway | Cargo Loss Or Shift | Separation of Units |

CASE NUMBER.          03117388

DATE AND TIME.       AUGUST 27, 2003, AT 19·04 HOURS

LOCATION             S.R.92 (DALLAS ACWORTH HWY) AT CHEATHAM RD

VICTIM.              MELISSA ANN KOLENCIK

INVESTIGATORS        SERGEANT D W  PICKETT
                     CORPORAL R.D. LANG
                     OFFICER  K.C  ROBINSON
                     OFFICER  T M  LEHNER
                     OFFICER  T.R  ELLEDGE
                     OFFICER  R B  DORSEY

### Introduction:

On Wednesday, August 27  2003, at 19 04 hours, a fatality collision occurred on Dallas
Acworth Highway at Cheatham Road  Cobb County, Georgia   Officer  K C  Robinson
initially responded to the scene of the collision   Officer Robinson notified Lieutenant C T
Cox due to the seriousness of the collision   Lieutenant Cox requested the Cobb County
Police Department Special Operations S T E P  Unit respond to the scene of the collision
Sergeant Pickett  Corporal Lang and Officers  Elledge, Lehner and Dorsey responded to the
scene of the collision, and were assigned the investigation

### Scene Description

Dallas Acworth Highway (S R 92) is a state maintained roadway that runs primarily north
and south at the site of the collision   The roadway is constructed of asphalt and is divided
into two travel lanes by a solid double yellow painted line   The roadway is bordered by a
solid white painted fog line   The road edge is bordered by grass and dirt   Dallas Acworth
Highway was dry and in good repair at the site of the collision   No surface defects or road
conditions contributed to the collision

Cheatham Road is also a county maintained roadway that runs primarily north and south at
the site of the collision   The roadway is constructed of asphalt and is divided into two travel
lanes by a solid double yellow painted line   The roadway is bordered by a solid white
painted fog line   Cheatham Road tot s in a southerly direction from Dallas Acworth
Highway   Cheatham Road was dry and in good repair at the site of the collision   No surface
defects or road conditions contributed to the collision

3

## On Scene Investigation:

On Wednesday, August 27, 2003, the following was observed and documented  a skid mark was observed originating in the southbound lanes of Hwy 92 close to the solid double yellow lines seperating the northbound and southbound travel lanes   The skid mark continues in a southwesterly direction and continues toward the center of the southbound travel lane   The skid mark continues in a southwesterly direction underneath a yellow Peterbuilt in the southbound travel lane   The skid mark continues from underneath the Peterbuilt and terminates south of the collision scene   .

A second skid mark was observed in the southbound travel lane that orignates to the left (closer to the double yellow line) and south of where the first skid mark originated   The skid mark runs parallel to the first skid mark in a southwesterly direction   The skid mark continues in a southwesterly direction underneath the Peterbuilt in the southbound travel lane   The skid mark continues from underneath the Peterbuilt in a southwesterly direction toward the solid white painted fog line on the western road edge   The skid mark terminates south of the collision scene in the southbound travel lane

A third skid mark was observed originating in the southbound travel lane close to the western road edge  The skid mark is parallel to the previously described skids marks and continues in a southerly direction   The skid mark continues underneath the right outside tandem tire of the Peterbuilt   The skid mark continues from underneath the Peterbuilt and crosses the solid white painted fog line north of the previously described skid marks   The skid mark continues in a southerly direction and tracks off the asphalt onto the gravel shoulder on the west side of the road   As the skid mark continues it becomes a tire imprint on the gravel shoulder   it then begins an arc in a soutneasterly direction back toward the road surface and terminates on the grassy shoulder before it reaches the asphalt

A fourth skid mark was observed originating south of the third skid mark on the inside of the mark closer to the solid double yellow painted lines   The skid mark continues in a southwesterly direction running parallel to the third skid mark   The skid mark continues in southwesterly direction and crosses over the solid white painted fog line   The skid mark continues off the roadway and onto the grass shoulder   it ther becomes a tire imprint which begins a southeasterly arc back toward the asphalt road surface   The tire imprint terminates on the grass shoulder near the western road edge

A fifth skid mark was observed originating south of the previously described skid marks and continues in a southwesterly direction crossing over the second and third skid marks described   The mark is an offset skid mark, not parallel to any aforementioned skid marks   The skid mark is of very short duration and terminates under the left inside tandem tire of the Peterbuilt

A sixth skid mark was observed originating in the southbound travel lane just inside the solid white painted fog line   The skid mark is parallel to the fifth skid mark and is also an offset

4

mark   The skid mark continues for a short duration in a southwesterly direction and terminates under the outside right rear tandem tire of the Peterbuilt

A series of critical speed scuffs was observed originating on the eastern grass and dirt shoulder of Highway 92, north of Cheatham Road   The critical speed scuffs continued in a northerly direction then began to arc in a northwesterly direction as they enter the northbound travel lane Highway 92   The critical speed scuffs continued arcing in a northwesterly direction through the northbound travel lane and over the solid double yellow painted line   The critical speed scuffs continued into the southbound travel lane terminating beneath the Peterbuilt

A yellow 1981 Peterbuilt, bearing Georgia tag 15242HX, was at a final controlled rest in the southbound travel lane of Highway 92   The right rear tandem tires (axles two and three) were at rest on the solid white painted line   The Peterbuilt was facing a southerly direction

A gouge mark was observed in the collision area near the termination of the critical speed scuffs, just south of the Peterbuilt's final rest   The gouge mark is approximately 1 foot in length and is oriented in a east-west direction across the southbound travel lane

A tire mark was observed originating on the western edge of the southbound travel lane, just west of the collision area   The mark continues in a southwesterly direction, arcing across a private driveway and onto the grass area   The mark continues arcing in a southwesterly direction intersecting with the eighth, ninth and tenth marks (crossover)   The skid mark terminates at the front right tire of Discovery Landrover

An additional tire mark was observed originating from under the Peterbuilt and arcing in a southwesterly direction   The mark continues off of the west edge of the southbound travel lane continuing in a southwesterly direction through the grass shoulder   The mark terminated at the right rear tire of the Discovery Landrover

An additional tire mark was observed originating on the private driveway adjacent to the southbound travel lane of Highway 92 just west of the collision area   The mark continues arcing in a southwesterly direction on the western road edge and onto the grass shoulder   The skid mark terminated at the left rear tire of the Discovery Landrover

An additional tire mark was observed originating on the solid white painted fog line on the southbound travel lane of Highway 92   The mark continued arcing in a southwesterly direction across the private driveway adjacent to the southbound travel lane of Highway 92 and onto the grass shoulder   The mark continued in a southwesterly direction terminating at the front left tire of the Discovery Landrover

A 2001 Discovery Landrover  bearing Georgia tag 836AALG  was at a final uncontrolled rest in the grass located at 3681 Dallas Acworth Highway  Highway 92   The Landrover was facing a southerly direction

A 2002 Honda Civic, bearing Georgia tag 9263AJJ, was at final controlled rest in the northbound travel lane of Highway 92, south of the collision area. The Honda was facing in a northerly direction.

The preceding was documented utilizing 35mm still photography and VHS video by the Cobb County Sheriff's Department Record and I D Unit.

The scene was measured on Thursday, August 28, 2003, at 09 00 hours utilizing the Sokkia electronic transit for investigative purposes. The transit was operated by Corporal T V Harris and the data collector was operated by Officer T R Elledge.

Vehicle Examinations.

On Thursday, August 28, 2003, vehicle examinations were performed on the Discovery Land Rover and the Honda Civic at Wilburs Wrecker Service in Acworth, Cobb County, Georgia. Vehicle exams and inspections were also conducted on the 1981 Ford L9000 and the 1988 Ford L9000 at 102 Hutto Road in Cedartown, Polk County, Georgia.

On Wednesday, September 3, 2003, a vehicle examination was conducted on the 1981 Peterbuilt at Barrow's Wrecker service in Smyrna Cobb County, Georgia.

Specific documentation was made regarding pre-existing damage, contact damage, induced damage, post collision damage, and pre-collision mechanical deficiencies.

2002 Honda Civic

The 2002 Honda Civic was undamaged and did not contact another vehicle during the collision. There were no pre-existing mechanical defects noted that would have contributed to causation of the collision.

2001 Discovery Landrover

The 2001 Discovery Landrover exhibited contact damage to the right side of the vehicle inclusive of the right fender, right front door, right rear door, right quarter panel, right side roof edge beam, right side rocker panel, right rear wheel and tire, right wheel suspension including the shock bracket, the coil spring, frame rail, right rear wheel well, right rear floor pan, "A" post, "B" post, and "C" post.

Induced damage was also noted throughout the vehicle. The hood was rotated slightly clockwise. The roof was buckled up (or the right side) and pushed down for the left side. The rear hatch door was buckled out near the center. The left side quarter panel was buckled outward above the left rear wheel well at the locking mechanism. The left side drivers door was also pushed out slightly.

c

Occupant area damage was also noted in the vehicle   The right side floor pan was buckled upward   The right front seat back was rotated counter clockwise   The right side of the seat back and seat bottom were in contact with the right front and rear doors   The center console was pushed down at the transmission gear knob   The dash center at the enviromental controls was forced down and the plastic knee guard below the steering column was pushed outwards   Brown hair was observed pinched in the right front seat belt shoulder bracket

The safety restraing system in the vehicle appeared to be in good condition and showed no signs of stretching or marking (to indicate that it was in use at the time of the collision)

The vehicle was equiped with Goodyear Wrangler HP tires (size 255/65R16)   The tires were in good condition with exception of the right rear tire which became deflated during the collision   No tire defects contributed to the cause of the collision

No pre-existing damage or defects were noted

1981 Peterbuilt Dump Truck

On Wednesday, September 3, 2003. Sergeant D W  Pickett and Officer K C  Robinson performed a Post Crash Commercial Vehicle inspection on the Peterbuilt at Barrow's Wrecker Service in Smyrna, Georgia   The following was observed and documented

The Peterbuilt exhibited primary contact damage to the front end inclusive of the following bumper, bumper mounts, right and left frame horns, right and left head lamps, left spot mirror assembly, grill, radiator  radiator mounts and the right and left fenders

Induced damage was noted to the cowling below the windshield and hood fasteners   The entire hood assembly was pushed to the rear and overriding the cowling

Previous crush damage was noted to the inside of the right fuel cell

The Peterbuilt did not have an occupant restraint system installed in the vehicle

The Peterbuilt was equipped with size 285/75R/24 5 tires on the steering axle and size 11R/24 5 tires on the drive tandems   The tire cases were manufactured by various companies   Tread depth measurements ranged from 0/32 inches to 17/32 inches

Visibility was good in all mirrors and windows

Four of the vehicle's six brakes were out of adjustment

During the course of the exam, North American Standard inspection report GA 091300011!
was completed  This report listed 19 pre-collision violations of Federal Motor Carrier Safety
Regulations  Seven (7) of these violations declared thr vehicle "Out-of-Service" by Federal
out of service criteria standards

## Hospital Investigation.

The driver of the 1981 Peterbuilt dump truck, Mr  Kenneth Burnham, was transported from
the scene of the collision to Wellstar Kennestone Hospital by Officer R B  Dorsey  Officer
Dorsey read to Mr  Burnham Georgia implied consent for commercial drivers as required by
O C G A  40-5-55   Mr  Burnham consented to the collection of his blood and urine
samples  Blood was drawn from Mr  Burnham's right arm by Shelissa Harrison, N C A  at
22 33 hours   A urine sample was provided by Mr  Burnham with Officer Dorsey witnessing
at 22 36 hours   The sample was packaged and sealed by N C A  Harrison   The sealed
sample was released to Officer Elledge   Officer T  Elledge later deposited the sample into
the U S  Mail Post Office in Kennesaw, Georgia to be sent to the Georgia State Crime Lab
for analysis

The driver of the 2002 Honda Civic, Mr  Akil Nishica, was transported from the scene of
the collision to Wellstar Kennestone Hospital by Officer T  Elledge   Officer Elledge read to
Mr  Nishica Georgia implied consent for persons under 21 years of age as required by
O C G A  40-5-55   Blood was drawn from Mr  Nishica's right arm by N C A  Shelissa
Harrison at 22 48 hours   A urine sample was provided by Mr  Nishica with Officer Dorsey
witnessing at 22 45 hours   The sample was packaged and sealed by N C A  Harrison   The
sealed sample was released to Officer Elledge   Officer T  Elledge later deposited the sample
into the U S  Mail Post Office in Kennesaw, Georgia to be sent to the Georgia State Crime
Lab for analysis

## Sequence of Events

Mr  Nishica was operating the 2002 Honda Civic southbound on Highway 92   Mrs
Cleckner was operating the 1981 Ford dump truck southbound on Highway 92 (behind the
Honda Civic)  The Peterbuilt, operated by Mr  Burnham, was also traveling southbound in
line behind the Ford dump truck   The Discovery Landrover, operated by Mrs  Kolencik
was traveling northbound on Highway 92 approaching the intersection of Cheatham Road
The Honda came to a stop in order to yield to approaching northbound traffic in preparation
for a left turn onto Cheatham Road  The Ford  continued southbound and began an evasive
action and began to skid to avoid impacting the Honda   The Peterbuilt traveling behind the
Ford also began to rapidly decelerate   The Honda then began an evasive maneuver by
accelerating and drove across the solid double yellow painted lines separating the north and
southbound lanes (to avoid the skidding southbound Ford)  Mrs  Kolencik began evasive
action by steering to the right to avoid colliding with the Honda  This steering input of Mrs
Kolencik caused the right side of the Landrover to exit the roadway and onto the eastern
shoulder  Mrs  Kolencik attempted to maintain control  of the Landrover by steering to the

5

left  This maneuver caused the Landrover to begin a counter-clockwise rotation as it re-entered the northbound travel lane of Highway 92   The Ford then exited the southbound travel lane and onto the grass shoulder and passed the Honda   After the Landrover passed the Honda on the northbound shoulder, the Honda accelerated and crossed back over the solid yellow painted lines into the southbound travel lane of Highway 92   The Landrover continued to rotate counter clockwise across the northbound travel lane   The Landrover continued a counter clockwise rotation as it crossed over the solid yellow painted lines and into the southbound travel lane and into the path of the decelerating Peterbuilt   The Landrover was then struck on the passengers side of the vehicle   The impact redirected the Landrover in a southwesterly direction   The Peterbuilt came to controlled rest in the southbound travel lane facing a southerly direction   The unrestrained driver of the Landrover was violently thrown to the passengers side of the vehicle striking the right side interior "B" post   Upon seperation from the Peterbuilt, the Landrover rotated in a clockwise rotation in a southwesterly direction   It came to uncontrolled final rest in the yard at 3681 Dallas Acworth Highway facing a southerly direction   The Honda continued in the southbound travel lane and came to controlled rest south of the intersection of Cheatham Road facing a southerly direction

## Conclusion

Mrs  Cleckner was following the Honda Civic more closely than was reasonable and prudent in violation of O C G A  40-6-49  Mrs  Cleckner further operated the Ford at a speed greater than was reasonable under the traffic conditions present, in violation of O C G A  40-6-180  These violations of Georgia motor vehicle traffic laws were the primary causations which began the chain of events that resulted in death of Mrs  Koiencik   Additionally Mrs  Cleckner left the scene of the collision with out making any attempt to provide aide to the persons involved which is in violation of O C G A  40-6-270

Mr  Nishida s also contributed to the collision when he failed to maintain his lane of travel and crossed over the solid double yellow painted lines, in violation of O C G A  40-6-48  This maneuver caused Mrs  Koiencik to take evasive action   Mrs  Koiencik was not able to regain control of her vehicle after taking evasive action which resulted in the collision



North

PETERBUILT

RANGEROVER

STATE ROUTE 92    (DALLAS ACWORTH HIGHWAY)

& TCP

CHEATHAM ROAD

LOCATION·  STATE ROUTE 92 @ CHEATHAM ROAD
DATE AND TIME: AUGUST 27, 2003    19.04 HOURS
VICTIM: MELISSA ANN KOLENCIK
INVESTIGATORS.  R.D. LANG
                T.M. LEHNER
                T.R. ELLEDGE
                R.B DORSEY
                K.C. ROBINSON

## IN THE SUPERIOR COURT OF COBB COUNTY

## STATE OF GEORGIA

ROBERT J. KOLENCIK, Individually :
and as ADMINISTRATOR of the ESTATE :
OF MELISSA KOLENCIK, :
  :
     Plaintiff, :
  :
vs. :
  :
T I WOOD ENTERPRISES, INC., JERRY :
YARBROUGH d/b/a J & J TRUCKING & :
EXCAVATING and/or J & J TRUCKING & :
EXCAVATION, DARLENE SUE  CLECKNER, :
KENNETH W. BURNHAM, and AKIL NISHICA, :
  :
     Defendants. :

CIVIL ACTION FILE

NO.  04-1-00549-40

### COMPLAINT FOR DAMAGES

1

Defendant T I Wood Enterprises, Inc is a motor carrier for hire authorized to do business in interstate and intrastate commerce Its principal place of business is 1091 Old Drake Town Trail. Temple Georgia 30179. Its registered agent of process is Tammy Wood, 1091 Old Drake Town Trail, Temple, Georgia 30179 When duly served with a copy of Summons and Complaint in this matter, said defendant will be subject to the jurisdiction of this Court

2

Defendant Jerry Yarbrough resides at 90 Yarber Hill Drive. Chickamauga, Georgia 30707 He does business under the name of J&J Trucking and Excavating and/or J&J Trucking and Excavation (hereinafter Jerry Yarbrough d/b/a J&J Trucking) located at the same address  When

-1-

duly served with a copy of Summons and Complaint, said defendant will be subject to the jurisdiction of this Court

3

Defendant Darlene Sue Cleckner is a full-time, permanent resident of the State of Tennessee with an address of 3257 Van Buren, Chattanooga, Tennessee 40715   At all times pertinent to the events alleged herein. however, for the convenience of her dual employers T I Wood Enterprises, Inc  and Jerry Yarbrough d/b/a J&J Trucking, because she was on an out of town on a special mission for the benefit of her employers,  Ms  Cleckner was temporarily sleeping overnight at a location located at 5605 Old Atlanta Highway. Rockmart, Georgia  However, we have been advised that she can be served at 101 Dykes Drive, Rossville, Georgia 30741 or 86 New Hope Road. Rockmart, Georgia 30153  When duly served with a copy of Summons and Complaint in this matter, said defendant will be subject to the jurisdiction of this Court

4

Defendant Kenneth W  Burnham resides at 101 Dykes Drive, Rossville. Georgia 30741 Upon information and belief, at all times pertinent to the events alleged herein, in order to facilitate the business activities of his dual employers, because he was on an out of town on a special mission for the benefit of his employers. Defendant Burnham was temporarily sleeping overnight at 5605 Old Atlanta Highway, Rockmart. Georgia  When duly served with a copy of Summons and Complaint in this matter, said defendant will be subject to the jurisdiction of this Court

5

Defendant Akil Nishica resides at 209 Trees of Kennesaw Parkway. Kennesaw. Georgia 30152  When duly served with a copy of Summons and Complaint in this matter. said defendant will

-2-

be subject to the jurisdiction of this Court

6

The Plaintiff proceeds individually as the surviving spouse and husband of Melissa Kolencik who was killed in a motor vehicle collision which occurred in Cobb County, Georgia on August 27, 2003  He also proceeds as Administrator of his deceased wife's Estate

7

At some point during the calendar year 2003, Defendant T I Wood Enterprises, Inc  employed Jerry Yarbrough d/b/a J&J Trucking to act as its agent and employee on a job it had to haul dirt being excavated from an apartment complex then and there being developed near Cartersville, Georgia by a company by the name of HBW Development

8

Upon information and belief, HBW Development Company entered into a contract  with T I Wood Enterprises, Inc  to haul and remove dirt and debris from the excavation site at the apartment complex

9

After acquiring its contract with the HBW Development Company (hereinafter "HBW"), T I Wood Enterprises, Inc  entered into a business arrangement with Jerry Yarbrough d/b/a J&J Trucking to haul dirt from the HBW apartment complex project in order to facilitate the excavation of the dirt and debris at the project and to facilitate the construction of the apartment complex being developed

10

Defendant Jerry Yarbrough d/b/a J&J Trucking did not have a contractual relationship with

-3-

HBW, but instead had a contractual relationship with T I Wood Enterprises, Inc wherein he agreed to act as T I Wood Enterprises, Inc 's agent in furnishing drivers and trucks for the excavation project referenced herein

11

As of August 27, 2003, Defendant Jerry Yarbrough d/b/a J&J Trucking owned several large commercial dump trucks, at least 3 of which were being utilized on behalf of T I Wood Enterprises, Inc in the fulfillment of T I Wood Enterprises, Inc 's contractual obligations to HBW

12

As of August 27, 2003, Defendant Darlene Sue Cleckner and Kenneth Burnham were operating commercial dump trucks owned by Jerry Yarbrough d/b/a J&J Trucking

13

As of August 27, 2003, the date of the subject incident which resulted in the death of Plaintiff's deceased wife, both Defendant Cleckner and Burnham were acting as the dual agents and employees of Defendants T I Wood Enterprises, Inc and Jerry Yarbrough d/b/a J&J Trucking

14

As of the date of the subject incident, Defendant T I Wood Enterprises, Inc was a motor carrier for hire authorized to direct and control the activities of drivers and equipment on the apartment complex project pursuant to its agreement with HBW  As of the date of the accident, Defendant T I Wood Enterprises, Inc was the statutory employer of both Darlene Sue Cleckner and Kenneth Burnham in that both Defendants Cleckner and Burnham were operating commercial dump trucks as the agents of T I Wood Enterprises, Inc and under direct dispatch to T I Wood Enterprises, Inc in connection with T I Wood Enterprises, Inc 's business activities on the HBW project

referenced herein

15

Upon information and belief, at the time of the events alleged herein, Jerry Yarbrough d/b/a J&J Trucking was a private carrier and was not authorized to be a motor carrier for hire in the State of Georgia unless under the authority and control of a commercial carrier for hire such as T I Wood Enterprises, Inc

16

As of August 27, 2003, Defendant Jerry Yarbrough d/b/a J&J Trucking conducted business primarily out of Chickamauga, Georgia and specifically furnished to T I Wood Enterprises, Inc drivers and commercial dump trucks it owned so that T I Wood Enterprises, Inc could fulfill its contractual obligations to HBW

17

At the time Defendant Yarbrough furnished his dump trucks to Darlene Sue Cleckner and Kenneth Burnham for operation on the public roads of the State of Georgia as of August 27, 2003, he was aware that the commercial dump trucks being furnished to these Defendants and drivers were unsafe, lacked adequate brakes, had unsafe tires and other dangerous and defective conditions which rendered these vehicles extremely hazardous to innocent members of the motoring public Notwithstanding his express knowledge of the fact that these commercial vehicles were extremely unsafe and should not have been operated at all on the public streets and highways, nonetheless, he negligently entrusted and authorized their use and furnished them to Defendants Cleckner and Burnham for the express purpose of being used on the commercial project referenced herein as agents and employees of T I Wood Enterprises, Inc

18

Upon information and belief, as of August 27, 2003. both Defendants Cleckner and Burnham were aware that the vehicles they were operating were unsafe and had several dangerous defects in them such that they were dangerous to other innocent members of the motoring public

19

On August 27, 2003, Defendant Darlene Sue Cleckner was operating a 1981 Ford 9000 commercial dump truck and was heading westbound on Highway 92 near its intersection with Cheatham Road in Cobb County. Georgia while traveling behind a 2002 Honda Civic automobile being then and there operated by Defendant Akil Nishica   Because Defendant Cleckner was operating her vehicle too fast for conditions, because she was exceeding the posted speed limit, because she was following the Nishica vehicle too closely, because she failed to maintain proper control of her vehicle, and because the vehicle lacked adequate brakes and was unsafe for operation, she approached the Honda Civic operated by Defendant Akil Nishica too fast for her to stop and avoid a collision

20

As a result of the unsafe, negligent and reckless driving of Defendant Cleckner, who was traveling too fast for conditions and could not control her vehicle for the reasons stated above, Defendant Nishica panicked when he realized he was to be struck from behind and thereby crossed the centerline into the lane being occupied by Plaintiff's deceased wife. Melissa Kolencik Plaintiff's decedent was forced off the road   In her attempt to correct and avoid a collision with the Nishica vehicle, Mrs  Melissa Kolencik collied with the dump truck being operated by Defendant Burnham

-6-

21

At the time of the event in question, Plaintiff's decedent Melissa Kolencik was operating a 2001 Land Rover Discovery vehicle and was proceeding eastbound on highway 92 when the Nishica vehicle described herein pulled directly into her lane of travel by crossing over the centerline which action combined and concurred with the negligence of Defendant Cleckner in causing the subject collision

22

At the time of the events in question, Defendant Burnham knew that his vehicle had inadequate brakes and he too was traveling too fast for conditions and was operating at a speed that was greater than reasonable and prudent under the circumstances existing at the time. As a result of his negligence, he collided with the Kolencik vehicle

23

As a result of the combined and concurring negligence of Defendants Nishica, Cleckner and Burnham, Ms. Kolencik was killed in the collision between her vehicle and the Burnham dump truck which was a 1981 Peterbilt dump truck

24

The 1991 Peterbilt dump truck being operated by Defendant Burnham and the Ford dump truck being operated by Defendant Cleckner were both in an unsafe condition at the time of the events in question and had defective brakes and other unsafe conditions which rendered those vehicles unfit for use on the public streets and highways of this state. This fact was known to Defendants Burnham, Yarbrough and Cleckner at the time of the subject incident

25

Melissa Kolencik was killed because of the combined and concurring negligence of Defendants Cleckner and Burnham, who at the time of the subject collision were acting as the dual agents and employees of T I Wood Enterprises. Inc and Jerry Yarbrough d/b/a J&J Trucking

26

Based on the combined and concurring negligence of Defendant Nishica. Cleckner and Burnham, Melissa Ann Kolencik was wrongfully killed   Defendant T I Wood Enterprises, Inc and Jerry Yarbrough d/b/a J&J Trucking are vicariously responsible for the negligent acts of Cleckner and Burnham   Defendant Nishica is responsible for his own independent negligent acts which combined and concurred with the negligent acts of the other Defendants named herein to cause the wrongful death of Melissa Kolencik

27

On August 27. 2003. at the time of the subject incident, Defendants Cleckner. Burnham and Jerry Yarbrough d/b/a J&J Trucking were acting as agents and under the commercial authority of Defendant T I Wood Enterprises, Inc

28

At the time of the subject incident. upon information and belief, because they were on a mission out of town at the behest of their employers, Defendants Cleckner and Burnham were heading towards a campground facility located in Rockmart. Georgia. selected due to its proximity to the job site   It was more convenient for the Defendant employers that these drivers work our of that location as opposed to Chickamauga. Georgia. where the trucks were typically garaged for operations on behalf of Jerry Yarbrough d/b/a J&J Trucking

29

By allowing its drivers Cleckner and Burnham to take the dump trucks to a temporary residence. said actions facilitated their proximity to the job site and consequently by allowing these

·                    trucks to be parked overnight at this temporary location, said employees were facilitating the business operations of their dual employers (Defendants T I Woods Enterprises. Inc and Jerry Yarbrough d/b/a J&J Trucking) on the date and at the times in question

30

The proximate cause of the death of Melissa Ann Kolencik was the joint. combined and concurring negligence of the Defendants as alleged herein

31

Subsequent to the collision which caused the death of Melissa Ann Kolencik, the Estate of Melissa Ann Kolencik incurred medical and funeral expenses and seeks to recover the same in this action

32

Melissa Ann Kolencik experienced pre-impact fright and shock prior to the collision between her vehicle and that being operated by Defendant Burnham Upon information and belief, Plaintiff Kolencik also experienced conscious pain and suffering after impact but prior to her death The Land Rover vehicle was totally destroyed

33

Punitive damages are necessary in this action in order to deter the dangerous conduct of the Defendants as described herein and to punish the Defendants for their reckless endangerment of the public including the reckless endangerment to Melissa Ann Kolencik whose life was taken because

-9-

of their grossly willful, wanton and reckless disregard for her safety

34

Punitive damages are necessary to punish Defendant Yarbrough for knowingly and willfully allowing unsafe and dangerous commercial vehicles to be operated   Because Defendant Yarbrough at the time that decision was made was acting as the statutory agent and employee of   Defendant T I Wood Enterprises, Inc., Defendant T I Wood Enterprises, Inc   is vicariously responsible for his willful, wanton and reckless disregard for the safety of the motoring public as it is for the knowing misconduct of Defendants Burnham and Cleckner who individually both knew that the commercial vehicles that they were operating were unsafe and were dangerous as of August 27, 2003

## COUNT ONE
## AGAINST T I WOOD ENTERPRISES, INC.

35

Plaintiff realleges paragraphs 1 through 34 above as though fully and completely set forth verbatim herein

36

At all times pertinent to the events alleged herein, under state and federal law, T I Wood Enterprises, Inc   was the statutory employer of Defendants Cleckner, Burnham and had legal authority and control of  Jerry Yarbrough d/b/a J&J Trucking's trucks and consequently is strictly liable for the use of the trucks given that the subject incident occurred during the period of the business arrangement between T I Wood Enterprises, Inc  and Jerry Yarbrough d/b/a J&J Trucking as described herein

37

As a motor carrier for hire, on the date in question, T I Wood Enterprises, Inc was fully responsible for drivers (Cleckner and Burnham) and for trucks and equipment owned by Jerry Yarbrough d/b/a J&J Trucking

38

Because Defendant T I Wood Enterprises, Inc is a commercial motor carrier for hire authorized to conduct business in that capacity and because it chose to use the services of Jerry Yarbrough d/b/a J&J Trucking's drivers and equipment for the fulfillment of its contractual obligations to HBW, and because said trucks were being operated pursuant to its business activities on the date in question on the public streets and highways of this state, as the statutory employer of Defendants Burnham and Cleckner, Defendant T I Wood Enterprises, Inc is vicariously liable for the negligent acts of those Defendants as described herein.

## COUNT TWO
## NEGLIGENT HIRING

39

Plaintiff realleges paragraphs 1 through 38 above as though fully and completely set forth verbatim herein

40

Upon information and belief, at all times pertinent to the events alleged herein. Defendant Jerry Yarbrough d/b/a J&J Trucking was not authorized to engage in commercial hauling activities for hire given that he was registered as a private carrier and given that he did not have insurance available for the protection of the motoring public   As set forth above. a reasonable inspection of his trucks would have indicated that they were unsafe   Accordingly. Defendant T I Wood

-11-

Enterprises, Inc did negligently hire the drivers and use the equipment owned by Defendant Jerry Yarbrough d/b/a J&J Trucking and did do so at a time that the equipment utilized for this job was grossly unfit for the job in question and was completely unsafe with reference to the operation of said vehicles on the public streets and highways of this state

41

Defendant T I Wood Enterprises, Inc failed to exercise ordinary care in determining the qualifications of the drivers involved and in determining whether the equipment being selected for this project was safe and suitable for the commercial activities intended at the time The equipment had actually been cited by law enforcement authorities some two weeks before this accident as being unsafe, yet Defendant T I Wood Enterprises, Inc nonetheless continued to use said equipment as the statutory employer of the drivers Therefore, Defendant is vicariously liable for the negligent hiring and retention of both the drivers and the equipment given that such negligent hiring and retention was a proximate cause of the death of Plaintiff's deceased wife.

## COUNT THREE
## JOINT VENTURE

42.

Plaintiff realleges paragraphs 1 through 41 above as though fully and completely set forth verbatim herein

43

Upon information and belief, the commercial activities described herein between T I Wood Enterprises, Inc and Jerry Yarbrough d/b/a J&J Trucking were pursuant to an oral agreement whereby it was understood that Jerry Yarbrough for money would provide drivers and trucks for the

use and control of Defendant T I Wood Enterprises, Inc in connection with a contract that T I Wood Enterprises, Inc had with HBW Because Defendant T I Wood Enterprises, Inc was contractually obligated to the developers of the apartment complex to provide trucks and drivers for the excavation and hauling of dirt and debris from the project site, and because Defendant T I Wood Enterprises. Inc had a contractual responsibility to the developers of that project, Defendant T I Wood Enterprises, Inc and Jerry Yarbrough d/b/a J&J Trucking thereby entered into a joint venture with one another when they agreed for their mutual financial benefit to work together on this project to haul under the commercial authority of T I Wood Enterprises, Inc which is registered with both state and federal authorities as a commercial carrier for hire in both interstate and intrastate commerce

44

Because Defendants Cleckner and Burnham were acting as the agents of both joint venturers as alleged in this Count, both Defendants T I Wood Enterprises, Inc and Defendant Jerry Yarbrough d/b/a J&J Trucking are vicariously responsible for the acts of its agents and employees as described herein

## COUNT FOUR
## DUAL AGENCY

45

Plaintiff realleges paragraphs 1 through 44 above as though fully and completely set forth verbatim herein

46

As set forth above. because Defendants Cleckner and Burnham were dual agents of T I Woods Enterprises. Inc and Jerry Yarbrough d/b/a J&J Trucking, both of the latter two Defendants

-13-

are vicariously liable for the acts and omissions of the drivers as described

## COUNT FIVE
## NEGLIGENT ENTRUSTMENT AGAINST DEFENDANTS
## JERRY YARBROUGH d/b/a J&J TRUCKING AND
## T I WOOD ENTERPRISES, INC.

47

Plaintiff realleges paragraphs 1 through 46 above as though fully and completely set forth verbatim herein

48

The two commercial dump trucks involved in this collision were both unsafe and unfit for use on the public streets and highways of this state as of August 27, 2003  They had been cited by law enforcement officials on August 14, 2003 as being unfit for operation on the streets and highways of this state given their respective dangerous conditions due to faulty brakes, faulty tires and other faulty equipment

49

Notwithstanding the fact that the commercial dump trucks involved in this incident were known by Jerry Yarbrough to be unsafe and were dangerous for use on the streets and highways of this state, nonetheless, said vehicles were negligently entrusted to Defendants Cleckner and Burnham

50

At the time that Jerry Yarbrough d/b/a J&J Trucking entrusted the commercial dump trucks to Defendants Cleckner and Burnham, he did so in his capacity as agent of T I Wood Enterprises, Inc , as a statutory employee of Defendant T I Wood Enterprises  Inc  and as a member of a joint

-14-

venture with T I Wood Enterprises, Inc   Accordingly, both defendants Yarbrough and T I Wood Enterprises, Inc  are responsible for the negligent entrustment of these vehicles and the damages caused by thereby

## COUNT SIX
## IMPLIED LEASE

### 51

Plaintiff realleges paragraphs 1 through 50 above as though fully and completely set forth verbatim herein

### 52

Because the business arrangement between Jerry Yarbrough d/b/a J&J Trucking and T I Wood Enterprises, Inc  was an oral agreement, a lease is implied by law given that a commercial carrier for hire cannot use commercial equipment and drivers for hire except under the terms of a statutorily required lease agreement with another authorized carrier   Such rules and regulations which were enacted for the benefit of the motoring public in order to protect them from unregulated and unsafe vehicles   At the time of the events in question, the two commercial dump trucks involved herein were by operation of law under the joint exclusive possession and control of T I Wood Enterprises, Inc  due to the implied oral lease agreement between Jerry Yarbrough d/b/a J&J Trucking and T I Wood Enterprises. Inc

## COUNT SEVEN
## BAD FAITH, ATTORNEY'S FEES AND PROPERTY DAMAGE

### 53

Plaintiff realleges paragraphs 1 through 52 above as though fully and completely set forth verbatim herein

-15-

54

All Defendants (except Defendant Nishica) are jointly and severally liable to pay attorney's fees in this action given the bad faith demonstrated by the occurrences described herein   All defendants, including Nishica, are also liable to the Plaintiff for the value of the Land Rover being operated by Ms  Kolencik   In addition, Defendant Cleckner fled the scene after the accident and had to be chased down by one of the witnesses   Even though this was a very serious incident, thereafter, she lied and denied any involvement when she was brought back to the scene   Such bad faith also justifies attorney's fees

## COUNT EIGHT
## PUNITIVE DAMAGES

55

Plaintiff realleges paragraphs 1 through 54 above as though fully and completely set forth verbatim herein

56

At all times pertinent to the events alleged herein, the commercial dump trucks involved in this incident were grossly unfit, unsafe and were known to be dangerous   Notwithstanding the fact that these vehicles were known to be dangerous, Defendant Yarbrough knowingly and intentionally allowed their use on the public highways of this state with the foreseeable result that they could be involved in an accident due to the defects in the equipment on these vehicles

57

A proximate cause of the subject collision was the defective equipment on both of the commercial dump trucks being operated by Defendants Cleckner and Burnham

-16-

58

Given the willful and wanton and complete reckless disregard for the safety of the motoring public, Defendants Cleckner and Burnham are liable for punitive damages as are Defendants Jerry Yarbrough d/b/a J&J Trucking and T I Wood Enterprises, Inc as the statutory employers of the drivers  Given that Defendant Yarbrough owned the vehicles, and because he had a separate independent duty to correct the safety defects on these vehicles having been cited for the safety violations on August 14, 2003, he is individually liable for additional punitive damages in order to punish him for his knowing and willful use of unsafe and dangerous commercial vehicles as of August 27, 2003 which use of the commercial vehicles was a proximate cause of the death of Melissa Kolencik

**WHEREFORE**, Plaintiff prays that

a      he be granted a jury trial as to all issues so triable,

b      that he be awarded compensatory damages against all the Defendants jointly and severally for the wrongful death of his wife in the amount of $5 million,

c      that he be awarded punitive damages in has capacity as Administrator of his deceased wife's Estate against all Defendants jointly and severally in the amount of $10 million, plus restitution for all applicable medical and funeral expenses: and payment for the destroyed Land Rover,

d      that he recover all appropriate attorney's fees for the prosecution of this action  and

f      for such other and further relief as this Court deems just and proper

Respectfully submitted,

FINCH McCRANIE, LLP

Richard W. Hendrix,
Georgia State Bar No. 087400
Audrey E. Mitchell
Georgia State Bar No. 005407
Counsel for Plaintiff

225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
404/658-9070