# United States District Court

_____ Northern _____ DISTRICT OF _____ Georgia _____

Atlanta Division

Robert J. Kolencik, Individually
and as Administrator of the Estate of
Melissa Kolencik

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04 CV 3507

Progressive Preferred Insurance Company
and Gulf Insurance Company

TO (Name and address of defendant)

C. T. Corporation System as
Registered Agent for Service of Process
for Progressive Preferred Insurance Company
1201 Peachtree Street, NE
Atlanta, Ga. 30361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, Ga. 30303

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

12/1/04

DATE

(signature)

(BY) DEPUTY CLERK

# United States District Court

_____ Northern _____ DISTRICT OF _____ Georgia _____

Atlanta Division

Robert J. Kolencik, Individually
and as Administrator of the Estate
of Melissa Kolencik

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER **1** 04 CV 3507

Progressive Preferred Insurance Company
and Gulf Insurance Company

TO (Name and address of defendant)

C. T. Corporation System as
Registered AGent for Service of Process
for Gulf Insurance Company
1201 Peachtree Street, N.E.
Atlanta, Ga. 30361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street NE
1700 South Tower
Atlanta, Ga. 30303

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint You must also file your answer with the Clerk of this Court within a reasonable period of time after service

**LUTHER D. THOMAS**                                 12 1·04
CLERK                                                 DATE

_JHPinckney_
(BY) DEPUTY CLERK